# Exhibit A

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-174248

PROSPECTUS

# 4,920,000 Shares

# Common Stock

This is an initial public offering of Common Stock of Digital Domain Media Group, Inc. We are offering 4,920,000 shares of our Common Stock.

Prior to this offering, there has been no public market for shares of our Common Stock.

Our Common Stock has been approved for listing on the New York Stock Exchange under the symbol "DDMG."

***Investing in our Common Stock involves risks. See "Risk Factors" beginning on page 18 of this prospectus.***

| | Per Share | Total |
|---|---|---|
| Initial public offering price | $ 8.500 | $ 41,820,000 |
| Underwriting discount[1] | $ 0.595 | $ 2,927,400 |
| Proceeds, before expenses, to Digital Domain Media Group, Inc. | $ 7.905 | $ 38,892,600 |

(1) Additional compensation will be paid to the underwriters. See "Underwriting".

We have granted the underwriters a 30-day option to purchase up to an additional 738,000 shares from us on the same terms and conditions as set forth above if the underwriters sell more than 4,920,000 shares of our Common Stock in this offering.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

Roth Capital Partners, on behalf of the underwriters, expects to deliver the shares on or about November 23, 2011.

## Roth Capital Partners
### Morgan Joseph TriArtisan

Prospectus dated November 18, 2011

TABLE OF CONTENTS

*Loss from discontinued operations, net of tax* — During 2008, Digital Domain committed to a plan to sell its indirect wholly-owned subsidiary, The Foundry. We have classified the operating results of The Foundry for 2008 as discontinued operations of Digital Domain. The loss from discontinued operations, net of tax, was $2.3 million in 2008 (see Note 20 to our Consolidated Financial Statements included elsewhere in this prospectus).

### Six Months Ended June 30, 2011 Compared to Six Months Ended June 30, 2010 (Unaudited)

Summaries of our operating results for the six months ended June 30, 2011 and 2010 are set forth in the following table:

| | Successor | |
|---|---|---|
| | For the Six Months Ended June 30, 2011 | For the Six Months Ended June 30, 2010 |
| (In Thousands) | (Unaudited) | |
| Revenues | $ 59,400 | $ 41,697 |
| Grant revenues from governmental agencies | 1,461 | 2,168 |
| Total revenues | 60,861 | 43,865 |
| Costs and expenses: | | |
| Cost of revenues, excluding depreciation and amortization expense | 49,582 | 34,246 |
| Depreciation expense | 5,676 | 3,401 |
| Selling, general and administrative expenses | 31,617 | 9,618 |
| Amortization of intangible assets | 1,725 | 1,468 |
| Total costs and expenses | 88,600 | 48,733 |
| Operating loss | (27,739) | (4,868) |
| Other income (expenses): | | |
| Interest and finance expense: | | |
| Changes in fair value of warrant and other debt-related liabilities | (75,260) | (2,078) |
| Amortization of discount and issuance costs on notes payable | (6,558) | (985) |
| Loss on debt extinguishment | (2,226) | — |
| Interest expense on notes payable | (1,353) | (1,462) |
| Interest expense on capital lease obligations | (169) | (102) |
| Other income (expense), net | 1,504 | 93 |
| Loss from continuing operations before income taxes | (111,801) | (9,402) |
| Income tax provision | 250 | 7 |
| Net loss before non-controlling interests | (112,051) | (9,409) |
| Net loss attributable to non-controlling interests | 1,067 | 3,037 |
| Net loss attributable to common stockholders | $ (110,984) | $ (6,372) |

*Revenues* — Revenues increased $17.0 million, or 38.7%, to $60.9 million for the six months ended June 30, 2011 from $43.9 million for the same period of the prior year. Revenue from our Feature Films Segment increased $15.1 million, or 47.8%, to $46.7 million from $31.6 million over these respective periods. This was due primarily to four major film projects for which we recognized revenue during the six months ended June 30, 2011, compared to one major film project for which we recognized revenue during the six months ended June 30, 2010.

Revenue from our Commercials Segment increased $2.6 million, or 25.7%, to $12.7 million for the six months ended June 30, 2011 from $10.1 million for the same period of the prior year. This increase was due primarily to revenue of $4.5 million recognized for one project during the six months ended June 30, 2011.

TABLE OF CONTENTS

The $17.7 million combined increase in revenue from our Feature Film and Commercials Segments over these periods was partially offset by a decrease in grant revenue recognized of $0.7 million in the six months ended June 30, 2011, as compared to the same period in the prior year.

***Cost of revenues, excluding depreciation and amortization expense*** — Our cost of revenues, excluding depreciation and amortization expense, can vary greatly as a percentage of revenues depending on the mix, timing and pricing of projects and our ability to effectively utilize our personnel and equipment. Cost of revenues, excluding depreciation and amortization expense, increased $15.3 million, or 44.8%, to $49.6 million for the six months ended June 30, 2011 from $34.2 million in the same period of the prior year. Our cost of revenues increased, as a percentage of revenues, to 81.5% during the six months ended June 30, 2011 from 78.1% during the six months ended June 30, 2010. During the six months ended June 30, 2011, we continued the building of our infrastructure. This infrastructure allows us to increase our ability to serve additional markets in the future.

***Depreciation expense*** — Depreciation expense increased $2.3 million, or 66.9%, to $5.7 million for the six months ended June 30, 2011 from $3.4 million for the same period of the prior year. Our average balance of depreciable fixed assets increased $20.1 million, or 137.8%, to $34.6 million during the six months ended June 30, 2011 from $14.6 million for the same period of the prior year. This increase was due to the growth of the infrastructure of our production business and our operations in Florida. We accelerated depreciation expense by $0.3 million during the six months ended June 30, 2011 upon vacating a leased space (see discussion of Other income (expense), net below).

***Selling, general and administrative expenses*** — Selling, general and administrative expenses increased $22.0 million, or 228.7%, to $31.6 million for the six months ended June 30, 2011 from $9.6 million for the same period of the prior year. Of this increase, stock option compensation expense increased $13.9 million to $14.6 million for the six months ended June 30, 2011 from $0.7 million for the same period of the prior year. This increase was due primarily to compensation expense of $9.0 million recognized for options issued to our Chief Executive Officer to purchase common stock of Digital Domain that is exchangeable for shares of our Common Stock. Additional stock option compensation expense of $3.4 million was recognized for Digital Domain options granted an executive that were vested immediately. The remaining increase in stock option compensation expense of $1.5 million was due to the increased number of participants in the stock option plan in the 2011 period.

Payroll-related expense increased $5.4 million, or 63.0%, to $14.0 million for the six months ended June 30, 2011 from $8.6 million for the same period of the prior year. This increase is primarily due to the growth in our infrastructure that began in 2010.

Rent and occupancy costs increased $2.2 million during the six months ended June 30, 2011 due to additional space that we leased to support the expansion of our infrastructure. Professional fees for accounting, legal and consultants increased $0.9 million during the six months ended June 30, 2011, primarily due to costs expensed in connection with preparing for our public offering.

***Changes in fair value of warrant and other debt-related liabilities*** — During the six months ended June 30, 2011, we recognized $75.3 million of interest expense for the change in fair value of warrant liabilities. This increase in the fair value of warrant and other debt-related liabilities was caused by a combination of an increase in the value of our company, the increased likelihood of a public offering and the issuance of additional warrants to new lenders and equity investors.

During the six months ended June 30, 2010, we recognized $2.1 million of interest expense related to warrants and other debt-related liabilities. This included $1.6 million for the fair value of warrants issued to two potential business partners during this period and $0.5 million attributable to change in the fair value of the Digital Domain Series C and Series D Warrants.

***Amortization of discount and issuance costs on notes payable, loss on debt extinguishment and interest expense on notes payable*** — Amortization of discount and issuance costs on notes payable increased from $1.0 million for the six months ended June 30, 2010 to $6.6 million for the six months ended June 30, 2011. Amortization of debt discounts accounted for $4.4 million of this increase and amortization of deferred debt issue costs accounted for the remaining $1.2 million of the increase. These increases were primarily due to

68

TABLE OF CONTENTS

Sales under Rule 144 by our affiliates or persons selling shares on behalf of our affiliates are also subject to certain manner of sale provisions and notice requirements and to the availability of current public information about us.

*Rule 701*

Rule 701 under the Securities Act, generally allows a shareholder who purchased shares of our Common Stock pursuant to a written compensatory plan or contract and who is not deemed to have been an affiliate of our company during the immediately preceding 90 days to sell these shares in reliance upon Rule 144, but without being required to comply with the public information, holding period, volume limitation or notice provisions of Rule 144. Rule 701 also permits affiliates of our company to sell their Rule 701 shares under Rule 144 without complying with the holding period requirements of Rule 144. All holders of Rule 701 shares, however, are required to wait until 90 days after the date of this prospectus before selling such shares pursuant to Rule 701.

### 2010 Stock Plan

As soon as practicable following the consummation of this offering, we intend to file a registration statement on Form S-8 under the Securities Act, to register shares of our Common Stock reserved for issuance under our 2010 Stock Plan pursuant to outstanding and future awards thereunder. Such registration statement will automatically become effective immediately upon filing. Shares of our Common Stock registered under the registration statement on Form S-8 will be eligible for immediate sale in the public market, subject to the applicable lock-up agreements described below.

Based on 11,660,895 shares of our Common Stock reserved for issuance pursuant to our 2010 Stock Plan as of November 3, 2011, the registration statement on Form S-8 would cover 11,660,895 shares of our Common Stock.

### Lock-Up Agreements

Our current officers, directors and principal shareholders have agreed, with limited exceptions, to a 180-day "lock-up" period, from the date of this prospectus, with respect to all of the outstanding shares of our Common Stock held by them and any additional shares acquired in this offering by such shareholders. Those parties will be able to sell their respective shares in the public market upon termination of the lock-up period, subject to the applicable volume, manner of sale and notice requirements of Rule 144 under the Securities Act. Roth Capital Partners, LLC may consent to the release of some or all of the shares subject to lock-up agreements for sale prior to the expiration of the applicable lock-up agreement. The decision, if any, to waive the lock-up restrictions may be based on market conditions, our then-current stock price, the number of shares requested to be waived from the lock-up restrictions, the potential price impact of the release and other factors the determination of which will be based on their sole discretion.

We have agreed, with limited exceptions, not to sell or otherwise dispose of any shares of our Common Stock during the 180-day period following the date of this prospectus.

DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES

CONSOLIDATED STATEMENTS OF CASH FLOWS
(In Thousands)

| | For the Year Ended December 31, 2010 | For the Period from January 7 (the Inception Date) through December 31, 2009 | For the Nine Months Ended September 30, 2009 | For the Year Ended December 31, 2008 | For the Six Months Ended June 30, 2011 | For the Six Months Ended June 30, 2010 |
|---|---|---|---|---|---|---|
| | (Successor) | (Successor) | (Predecessor) | (Predecessor) | (Successor) (Unaudited) | (Successor) (Unaudited) |
| Cash flows from operating activities: | | | | | | |
| Net (loss) income before non-controlling interests | $ (45,218) | $ 5,256 | $ (26,396) | $ (15,191) | $ (112,051) | $ (9,409) |
| Adjustments to reconcile net (loss) income before non-controlling interests to net cash provided by (used in) operating activities: | | | | | | |
| Depreciation and amortization of property and equipment and intangible assets | 10,284 | 2,170 | 5,194 | 6,545 | 7,401 | 4,869 |
| Amortization of discount on and issuance costs of notes payable | 3,633 | 644 | 8,246 | 2,157 | 6,558 | 985 |
| Amortization of education contributions | — | — | — | — | 94 | — |
| Interest added to principal on notes payable | 270 | 97 | 631 | 682 | 124 | 204 |
| Write-off of deferred offering costs | — | — | — | 3,632 | — | — |
| Changes related to fair value of warrant and other debt-related liabilities | 24,321 | 296 | 11,932 | (12,824) | 75,260 | 2,078 |
| Gain on sale of discontinued operations | — | — | (9,241) | — | — | — |
| Loss on debt extinguishment | — | — | — | — | 2,226 | — |
| Stock-based compensation | 1,852 | 285 | 2,476 | 3,126 | 14,604 | 683 |
| Adjustment of held interest in business combination | — | (3,528) | — | — | — | — |
| Interest on government obligation | 51 | — | — | — | 104 | — |
| Warrants issued to service providers | 1,967 | — | — | — | — | 1,700 |
| Changes in operating assets and liabilities, net of effect of acquisitions: | | | | | | |
| Contracts receivable | 725 | (3,164) | (927) | 1,550 | (759) | (1,349) |
| Prepaid expenses and other assets | (439) | (55) | 257 | (472) | (2,955) | (1,292) |
| Accounts payable and accrued liabilities | 4,677 | (4,369) | 2,570 | 1,553 | (105) | 756 |
| Advance payments and deferred revenue | 11,555 | 4,299 | 4,590 | 2,602 | (10,664) | 11,448 |
| Contract obligations | (5,524) | (1,526) | — | — | — | (3,431) |
| Deferred grant revenue from governmental agencies | 8,160 | 3,200 | — | — | 4,575 | 3,200 |
| Net cash provided by (used in) operating activities | 16,314 | 3,605 | (668) | (6,640) | (15,588) | 10,442 |
| Cash flows from investing activities: | | | | | | |
| Proceeds from sale of discontinued operations – net cash sold | — | — | 10,497 | — | — | — |
| Purchases of property and equipment | (10,640) | (1,393) | (1,701) | (2,775) | (10,061) | (2,515) |
| Purchases of common stock | (3,555) | (90) | — | — | — | (3,555) |
| Purchase of business-net of cash acquired | — | (1,137) | — | — | — | — |
| Increase in restricted cash | (65) | (914) | — | — | 907 | (62) |
| Land acquired from government grants | (27) | — | — | — | — | — |
| Investment in film projects and other assets | (694) | — | — | — | (749) | — |
| Net cash (used in) provided by investing activities | (14,981) | (3,534) | 8,796 | (2,775) | (9,903) | (6,132) |
| Cash flows from financing activities: | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Stockholders distributions | — | (8,588) | (1,255) | — | — | — |
| Payments on capital lease obligations | (1,843) | (370) | (1,221) | (1,033) | (717) | (957) |
| Payments of deferred offering costs | — | — | (650) | (1,860) | (2,641) | — |
| Proceeds from issuance of notes payable, preferred stock, and warrants | 23,315 | 14,000 | 300 | — | 4,000 | — |
| Payments of stock issuance costs | — | — | — | — | (2,245) | (3,000) |
| Debt issuance costs | (761) | (55) | — | — | (63) | — |
| Proceeds from sale of common stock | 998 | — | — | — | 22,001 | — |
| Exercise of Series B Preferred Stock put | — | — | — | — | (5,000) | — |
| Deposit received on common stock | 60 | — | — | — | — | — |
| Repayment on notes payable | (16,064) | — | (9,995) | — | (554) | 4,400 |
| Net cash provided by (used in) financing activities | 5,705 | 4,987 | (12,321) | (2,893) | 14,781 | 443 |
| Effect of exchange rates on cash and cash equivalents | (110) | — | — | (910) | 33 | 444 |
| Net increase (decrease) in cash and cash equivalents | 6,928 | 5,058 | (4,193) | (13,218) | (10,677) | 5,197 |
| Cash and cash equivalents at beginning of period | 5,058 | — | 6,056 | 19,274 | 11,986 | 5,058 |
| Cash and cash equivalents at end of period | $ 11,986 | $ 5,058 | $ 1,863 | $ 6,056 | $ 1,309 | $ 10,255 |

The accompanying notes are an integral part of these consolidated financial statements.