# Exhibit B

Use these links to rapidly review the document
TABLE OF CONTENTS

Table of Contents

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2011

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                to

Commission file number: 001-35325

# Digital Domain Media Group, Inc.
(Exact name of registrant as specified in its charter)

| Florida | 27-0449505 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

10250 SW Village Parkway
Port St. Lucie, FL 34987
(Address of principal executive offices)
(Zip Code)

(772) 345-8000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act: **None**

Securities registered pursuant to section 12(g) of the Act: **Common Stock, par value $0.01 per share**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐ Yes  ☒ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act: ☐ Yes  ☒ No

Indicate by check mark whether the registrant (1) has filed all reports required by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes  ☐ No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for

such shorter period that the registrant was required to submit and post such files). ☒ Yes   ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulations S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☒    Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐ Yes   ☒ No

As of the last business day of the registrant's most recently completed second fiscal quarter, the registrant's common stock was not publically traded.

The registrant had 41,054,124 shares of common stock issued and outstanding as of March 30, 2012.

**DOCUMENTS INCORPORATED BY REFERENCE**

None.

Table of Contents

**Results of Operations**

The following table sets forth certain information regarding the successor consolidated results of operations for the years ended December 31, 2011, 2010 and the period January 7 (the Inception Date) through December 31, 2009, and the predecessor results of operations for the nine months ended September 30, 2009 (in thousands).

|  | Successor | | | Predecessor |
|---|---|---|---|---|
|  | For the Year Ended December 31, 2011 | For the Year Ended December 31, 2010 | For the Period from January 7 (the inception date) through December 31, 2009 | For the Nine Months Ended September 30, 2009 |
| Revenues: | | | | |
| Revenues | $ 95,611 | $ 101,859 | $ 15,582 | $ 48,360 |
| Grant revenues from governmental agencies | 2,955 | 3,340 | 6,800 | — |
| Licensing revenue | 60 | — | — | — |
| Total revenues | 98,626 | 105,199 | 22,382 | 48,360 |
| Costs and expenses: | | | | |
| Cost of revenues, excluding depreciation and amortization | 93,839 | 83,894 | 11,964 | 44,554 |
| Depreciation expense | 13,308 | 7,349 | 1,436 | 5,157 |
| Selling, general and administrative expenses | 63,137 | 25,479 | 5,172 | 10,929 |
| Amortization of intangible assets | 3,451 | 2,935 | 734 | — |
| Total costs and expenses | 173,735 | 119,657 | 19,306 | 60,640 |
| Operating (loss) income | (75,109) | (14,458) | 3,076 | (12,280) |
| Other income (expenses): | | | | |
| Interest and finance expense: | | | | |
| Changes in fair value of warrant and other debt-related liabilities | (35,820) | (24,321) | (296) | (11,932) |
| Amortization of discount and issuance costs on notes payable | (13,201) | (3,633) | (644) | (599) |
| Loss on debt extinguishment | (18,256) | — | — | (6,311) |
| Interest expense on notes payable | (3,495) | (2,790) | (530) | (1,971) |
| Interest expense on capital lease obligations | (302) | (245) | — | (223) |
| Adjustment of interest held in business combination | — | — | 3,528 | — |
| Other income (expense), net | 2,095 | 254 | 122 | 108 |
| (Loss) income from continuing operations before income taxes | (144,088) | (45,193) | 5,256 | (33,208) |
| Income tax provision | 132 | 25 | — | — |
| (Loss) income from continuing operations | (144,220) | (45,218) | 5,256 | (33,208) |
| Loss from discontinued operations—net of tax | — | — | — | (2,429) |
| Gain from sale of discontinued operations—net of tax | — | — | — | 9,241 |
| Net (loss) income before non-controlling interests | (144,220) | (45,218) | 5,256 | (26,396) |
| Net loss attributable to non-controlling interests | 3,518 | 2,747 | 2,703 | — |
| Net (loss) income attributable to Digital Domain Media Group, Inc. | (140,702) | (42,471) | 7,959 | (26,396) |
| Preferred stockholders accretion, deemed dividends and income participation | — | — | — | (889) |
| Net income (loss) attributable to common stockholders | $ (140,702) | $ (42,471) | $ 7,959 | $ (27,285) |
| Adjusted EBITDA(1) | $ (22,384) | $ 11,485 | $ 9,983 | $ (3,125) |

Table of Contents

highest level during the first six months of the year, corresponding to the studios' summer release slate, resulting in higher revenue in the first two fiscal quarters of the year than in the last two. During the third fiscal quarter of the year, revenue generation in this segment typically decreases, but increases through the fourth fiscal quarter as we work on films scheduled for release during the year-end holiday season.

We also derive a substantial amount of our revenue from our Commercials segment. We typically execute a contract with a brand owner or advertising agency that calls for payment of the contract amount through the life of the project. A typical television commercial project will range in size from a few hundred thousand dollars to over $2.0 million and will typically take four to 12 weeks to complete. Revenue generation in our Commercials segment also tends to be cyclical, increasing shortly before major live television events such as the Super Bowl, the Academy Awards® telecast, the NBA playoffs and the Summer Olympics. Since many of these live events take place early in the calendar year, the revenue generated in this segment is generally higher during the first two fiscal quarters of each year.

A majority of our revenues are derived from fixed-price contracts, which are recognized using the percentage of completion method of accounting. Under the percentage of completion method, revenue is recognized based on the percentage of the total costs incurred compared to the total estimated costs at completion. Delays in production due to customer-imposed factors or our internal resource requirements, as well as unforeseen changes in our customers' timing, will change how costs are incurred and accordingly will result in revenue being recorded in a period other than as originally anticipated. Since many of our costs are of a fixed nature, incremental changes in revenue can have a significant effect on our reported gross and operating margins and net income or loss.

More recently, we have focused on investing in larger contracts for the Feature Films and Commercials segments. As our management has made a strategic decision to focus increasingly on larger-scale projects in both our Feature Films and Commercials segments, we expect this trend to continue.

In addition, a portion of our revenues are derived from grants from governmental agencies as the applicable conditions for inclusion in revenues are met. Typically, grant payments are received as contractual milestones are met that may or may not result in immediate recognition into our results of operations. Amounts that are not immediately recognized as revenue are recorded in our consolidated balance sheet as deferred revenue from governmental entities.

*Cost of revenues*

Cost of revenues includes direct compensation, travel, lodging, and employee benefits for project-related personnel and related stock-based compensation expenses, payments to third-party contractors, and other direct project-related expenses. Also included in cost of revenues is an allocation based on a computational percentage of corporate overhead, which includes support salaries, employee benefits, related stock-based compensation expenses, occupancy costs, depreciation and amortization expenses, utilities and other expenses. We review and adjust these standards and computational percentages periodically so as to align them with comparable actual costs incurred.

*Selling, general and administrative expenses*

Selling, general and administrative expenses include compensation and benefits for corporate service employees and software engineers, expendable computer software and equipment, facilities expenses and other operating expenses not directly related and/or allocable to projects.

Table of Contents

We have incurred significant additional expenses as a result of being a public company, including costs to comply with the Sarbanes-Oxley Act of 2002 and other rules and regulations applicable to public companies. We intend to invest appropriate resources to properly manage and control our business, resulting in future increases in selling, general and administrative expenses.

*Interest and investment income*

Our interest and investment income consists of interest earned on our cash, cash equivalents and short-term investments.

*Interest and finance expense*

Our interest and finance expense consists of interest incurred on our outstanding notes payable and capital leases, increases or decreases in the fair value of our warrant and other debt-related liabilities, and amortization of the discount and issuance costs on our senior secured notes payable. Our warrant and other debt-related liabilities represent the fair value of the conversion features related to our long-term debt, the value of certain warrants deemed not indexed to our stock and other warrants which can be settled for cash at the discretion of the holder upon the occurrence of certain conditions. All such features are adjusted to fair value at the end of each reporting period.

*Other income (expense)*

Our other income (expense) includes other miscellaneous income (expense) items.

Table of Contents

**Year Ended December 31, 2011 Compared to Year Ended December 31, 2010**

Summaries of our operating results for the years ended December 31, 2011 and 2010 are set forth in the following table (in thousands):

|  | For the Year Ended December 31, | |
|---|---:|---:|
|  | 2011 | 2010 |
| **Revenues:** |  |  |
| Production revenues | $ 95,611 | $ 101,859 |
| Grant revenues from governmental agencies | 2,955 | 3,340 |
| Licensing revenue | 60 | — |
| Total revenues | 98,626 | 105,199 |
| Costs and expenses: |  |  |
| Cost of revenues, excluding depreciation and amortization | 93,839 | 83,894 |
| Depreciation expense | 13,308 | 7,349 |
| Selling, general and administrative expenses | 63,137 | 25,479 |
| Amortization of intangible assets | 3,451 | 2,935 |
| Total costs and expenses | 173,735 | 119,657 |
| Operating loss | (75,109) | (14,458) |
| Other income (expenses): |  |  |
| Interest and finance expense: |  |  |
| Changes in fair value of warrant and other debt-related liabilities | (35,820) | (24,321) |
| Amortization of discount and issuance costs on notes payable | (13,201) | (3,633) |
| Loss on debt extinguishments | (18,256) | — |
| Interest expense on notes payable | (3,495) | (2,790) |
| Interest expense on capital lease obligations | (302) | (245) |
| Other income | 2,095 | 254 |
| Loss before income taxes | (144,088) | (45,193) |
| Income tax provision | 132 | 25 |
| Net loss before non-controlling interests | (144,220) | (45,218) |
| Net loss attributable to non-controlling interests | 3,518 | 2,747 |
| **Net loss attributable to common stockholders** | $ (140,702) | $ (42,471) |

*Summary of operating results*

The operating loss increased by $60.6 million to $75.1 million for 2011 from $14.5 million for 2010. The gross margin, defined as revenues less cost of revenues, excluding depreciation and amortization, declined by $16.5 million primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake, as well as a $4.8 million write-off of film development costs in the 2011 period. As described below, excluding this write-off, our gross margin percentage was relatively consistent between periods. Stock-based compensation and share exchange expense increased by $24.6 million to $26.7 million and other selling, general and administrative expenses increased over these two periods by $13.1 million to $36.4 million, primarily resulting from growth in our Florida operations. Depreciation and amortization increased over these two periods by $6.5 million.

Table of Contents

Interest and other financing costs increased $40.1 million to $71.1 million for 2011 from $31.0 million for 2010. This increase was due primarily to the following that occurred in the 2011 period: an $11.5 million increase in the non-cash changes in fair value of warrant and other debt-related liabilities, a $9.6 million increase in the amortization of debt discounts and $18.3 million of losses recognized on debt extinguishments. The net loss before non-controlling interests was $144.2 million and $45.2 million for the years ended December 31, 2011 and 2010, respectively. The period-to-period changes are discussed in more detail below.

*Revenues*

Total revenues decreased 6.2% from $105.2 million in 2010 to $98.6 million in 2011. This decrease was driven by a decrease in our Feature Films Segment revenues from $82.7 million in 2010 to $75.6 million in 2011. In 2010, we recognized $52.3 million of feature film revenue from a single movie. Revenues from other feature film revenue in 2010 aggregated $30.4 million. In 2011, other feature film revenue increased to $75.6 million, including $22.7 million from one movie, $20.2 million from a second movie and $10.5 million from a third movie.

*Grant revenues from governmental sources*

Grant revenues from governmental sources decreased $0.4 million for 2011 as compared to 2010. During 2010, we recognized $2.6 million from the State of Florida grant, which decreased to $1.6 million for 2011. This was partially offset by $0.5 million from a new grant from the City of West Palm Beach, Florida and $0.1 from a grant from Workforce Florida, recognized during the year ended December 31, 2011.

*Cost of revenues, excluding depreciation and amortization*

The table below sets forth the components of cost of revenues, excluding depreciation and amortization (in thousands):

|  | Twelve Months Ended December 31, | | | |
|---|---|---|---|---|
|  | 2011 | | 2010 | |
|  | Dollars | % of Revenue | Dollars | % Total Revenue |
| Cost of Revenues, excluding depreciation and amortization: | | | | |
| Direct cost of revenues | $ 63,089 | 64.0% | $ 63,467 | 60.3% |
| Unutilized labor | 11,958 | 12.1% | 1,128 | 1.1% |
| Production and other costs | 18,792 | 19.1% | 19,299 | 18.3% |
| Total cost of revenues, excluding depreciation and amortization | $ 93,839 | 95.2% | $ 83,894 | 79.7% |

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents costs for staff that we retain while we await the start of new projects. We consider it cost-efficient to retain these trained and experienced staff while we pursue other projects rather than terminate these positions only to rehire and train at a later date. Production and other costs represent that portion of our overhead that is allocated to cost of revenue.

Our direct cost of revenue in 2011 included a $4.8 million write-off of film development costs that we deemed to have no future value. Absent that write-of, direct costs of revenue in 2011 aggregated $58.3 million, or 59.1% of revenues. These costs increased slightly as a percent of revenue over the 2010 period due to the fixed costs portion as a percent of a declining revenue base.

Table of Contents

Our unutilized labor increased during the year ended December 31, 2011 compared to the same period in 2010, by $10.8 million as we retained digital artists in anticipation of future projects, including those projects in which we are an equity investor.

Our production and other costs decreased during the year ended December 31, 2011 compared to the same period in 2010, by $0.5 million due primarily to the fixed costs portion as a percent of a declining revenue base.

*Depreciation expense*

Depreciation expense was $13.3 million and $7.3 million for the years ended December 31, 2011 and 2010, respectively. This increase was due primarily to the expansion of our Florida operations which accounted for approximately $4.8 million of the increase for the year.

*Selling, general and administrative expenses*

The composition of selling, general and administrative expenses for the years ended December 31, 2011 and 2010 are as follows (in thousands):

|  | For the Year Ended December 31, | |
|---|---|---|
|  | 2011 | 2010 |
| Stock compensation expense: |  |  |
| Senior executive option grant | $ 3,771 | $ — |
| Chief executive officer option grant | 2,502 | — |
| Share exchanges of subsidiary stock | 13,426 | — |
| Other stock option compensation expense | 7,026 | 2,119 |
| Total stock compensation expense | 26,725 | 2,119 |
| Payroll-related expenses | 16,861 | 11,941 |
| Rent and occupancy costs | 6,665 | 4,192 |
| Professional fees | 3,488 | 2,299 |
| Other expenses | 9,398 | 4,928 |
| **Total Selling, general and administrative expenses** | **$ 63,137** | **$ 25,479** |

Total selling, general and administrative expenses increased by $37.6 million to $63.1 million for 2011 from $25.5 million for 2010. Of this increase, $24.6 million was due primarily to an increase in stock-based compensation and share exchange expense.

During the year ended December 31, 2011, we granted options to the former Chief Executive Officer of our subsidiary Digital Domain to purchase shares in us, which vested immediately. We recognized $3.8 million of expense from this option grant. Additionally, we issued options to purchase shares of Digital Domain to our Chief Executive Officer and recognized $2.5 million for this option grant.

Five stockholders of Digital Domain, including our Chief Executive Officer and our Chief Financial Officer, exchanged 4.6 million shares of Digital Domain common stock for 2.9 million shares of our common stock during the year ended December 31, 2011. We recognized $13.4 million of expense from these share exchanges. The remaining increase in stock compensation expense is due primarily to the increased number of participants in our stock option plan in our Florida operations.

Payroll, rent and other selling, general and administrative expenses increased $13.1 million, or 55.9%, in 2011 as compared to 2010. The majority of these increases were attributable to the growth and start-up expenses of our Florida operations.

Table of Contents

## DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF CASH FLOWS

(In Thousands)

| | Successor | | | Predecessor |
|---|---|---|---|---|
| | Year Ended December 31, | | For the Period from January 7 (the inception date) through December 31, | For the Nine Months Ended September 30, |
| | 2011 | 2010 | 2009 | 2009 |
| Cash flows from operating activities: | | | | |
| Net income (loss) before non-controlling interests | $ (144,220) | $ (45,218) | $ 5,256 | $ (26,396) |
| Adjustments to reconcile net income (loss) before non-controlling interests to net cash provided by (used in) operating activities: | | | | |
| Depreciation and amortization of property and equipment and intangible assets | 16,758 | 10,284 | 2,170 | 5,194 |
| Amortization of discount on and issuance costs of notes payable | 13,201 | 3,633 | 644 | 8,246 |
| Interest added to principal on notes payable | 173 | 270 | 97 | 631 |
| Gain on sale of discontinued operations | — | — | — | (9,241) |
| Changes related to fair value of warrant and other debt—related liabilities | 35,820 | 24,321 | 296 | 11,932 |
| Loss on debt extinguishments | 18,256 | — | — | — |
| Stock-based compensation | 26,725 | 1,852 | 285 | 2,476 |
| Adjustment of held interest in business combination | — | — | (3,528) | — |
| Interest on government obligation | 543 | 51 | — | — |
| Warrants issued to service providers | — | 1,967 | — | — |
| Increase in earn out liability | 53 | — | — | — |
| Changes in operating assets and liabilities, net of effect of acquisitions: | | | | |
| Contracts receivable | (728) | 725 | (3,164) | (927) |
| Tax credits receivable | (2,365) | — | — | — |
| Prepaid expenses and other assets | (4,469) | (439) | (55) | 257 |
| Film inventory | (4,034) | (694) | — | — |
| Accounts payable and accrued liabilities | 3,203 | 4,677 | (4,369) | 2,570 |
| Advance payments and deferred revenue | (7,340) | 11,555 | 4,299 | 4,590 |
| Contract obligations | — | (5,524) | (1,526) | — |
| Deferred income tax liability | (196) | — | — | — |
| Unearned revenue | 3,533 | — | — | — |
| Deferred grant revenue from governmental agencies | 2,894 | 8,160 | 3,200 | — |
| Net cash provided by (used in) operating activities | (42,193) | 15,620 | 3,605 | (668) |
| Cash flows from investing activities: | | | | |
| Proceeds from sale of discontinued operations—net of cash sold | — | — | — | 10,497 |
| Purchases of property and equipment | (17,227) | (10,640) | (1,393) | (1,701) |
| Purchases of common stock | — | (3,555) | (90) | — |
| Purchase of business-net of cash acquired | — | — | (1,137) | — |
| Changes in restricted cash | 907 | (65) | (914) | — |
| Land acquired from government grants | — | (27) | — | — |
| Investment in equity investments | (2,205) | — | — | — |
| Net cash provided by (used in) investing activities | (18,525) | (14,287) | (3,534) | 8,796 |
| Cash flows from financing activities: | | | | |
| Stockholders distributions | — | — | (8,588) | (1,255) |
| Proceeds from sale of common stock | 89,821 | 998 | — | — |
| Proceeds from issuance of notes payable, preferred stock, and warrants | 19,400 | 23,315 | 14,000 | 800 |
| Purchase of warrants | (8,000) | — | — | — |
| Exercise of Series B preferred stock put | (5,000) | — | — | — |
| Payments of stock issuance costs | (5,321) | — | — | — |
| Offering costs paid | (8,191) | — | — | (650) |
| Repayments on notes payable | (3,054) | (16,064) | — | (9,995) |
| Payments on capital lease obligations | (1,052) | (1,843) | (370) | (1,221) |
| Payments of debt issuance costs | (506) | (761) | (55) | — |
| Deposit received on common stock | — | 60 | — | — |
| Net cash provided by (used in) financing activities | 78,097 | 5,705 | 4,987 | (12,321) |
| Effect of exchange rates on cash and cash equivalents | 48 | (110) | — | — |
| Net increase (decrease) in cash and cash equivalents | 17,427 | 6,928 | 5,058 | (4,193) |
| Cash and cash equivalents at beginning of period | 11,986 | 5,058 | — | 6,056 |
| Cash and cash equivalents at end of period | $ 29,413 | $ 11,986 | $ 5,058 | $ 1,863 |

The accompanying notes are an integral part of these consolidated financial statements.

87