# Exhibit C

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2011**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                    to

**Commission file number: 001-35325**

# Digital Domain Media Group, Inc.
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Florida** | **27-0449505** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**8881 South US Highway One**
**Port St. Lucie, FL 34952**
(Address of principal executive offices)
(Zip Code)

**(772) 345-8000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (. § 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

At December 21, 2011, there were 39,500,993 shares of Digital Domain Media Group, Inc.'s common stock outstanding.

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In Thousands, Except Share Data)**

| | September 30, 2011 | December 31, 2010 |
|---|---|---|
| | (Unaudited) | |
| **Liabilities, Preferred Stock and Stockholders' Deficit** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities | $ 13,390 | $ 13,243 |
| Advance payments and deferred revenue | 4,957 | 15,853 |
| Deferred grant revenue from governmental agencies, short-term | 2,988 | 2,300 |
| Government bond obligation, short-term | 3,769 | 660 |
| Short-term convertible notes and notes payable - net | 25,301 | 1,054 |
| Warrant and other debt-related liabilities, short-term | 4,334 | 9,240 |
| Current portion of capital lease obligations | 724 | 1,000 |
| Total current liabilities | 55,463 | 43,350 |
| Capital lease obligations - net of current portion | 721 | 1,355 |
| Warrant and other debt-related liabilities | 133,592 | 40,493 |
| Deferred grant revenue from governmental agencies | 10,294 | 9,060 |
| Convertible notes payable - net | 222 | 931 |
| Notes payable - net | | 7,373 |
| Deferred income tax liability | 5,987 | 6,183 |
| Deferred revenue land grant | 20,300 | 20,300 |
| Earn out liability | 3,174 | 3,120 |
| Government bond obligation - net | 34,850 | 38,301 |
| Total liabilities | 264,603 | 170,466 |
| | | |
| Commitments and contingencies | | |
| Convertible preferred stock, $0.01 par value, 25,000,000 shares and no shares authorized at September 30, 2011 and December 31, 2010, respectively; including Preferred Stock A series 100,000 and no shares designated; no shares issued or outstanding at September 30, 2011 and December 31, 2010, respectively. | — | — |
| Stockholders' deficit: | | |
| Common stock, $0.01 par value and no par value at September 30, 2011 and December 31, 2010, respectively - 100,000,000 shares authorized, and 19,477,910 and 13,002,832 shares issued and outstanding as of September 30, 2011 and December 31, 2010. | 195 | 130 |
| Additional paid-in capital | 98,459 | 27,516 |
| Accumulated other comprehensive loss | (4) | (66) |
| Accumulated deficit | (192,334) | (43,100) |
| Total stockholders' deficit before non-controlling interests | (93,684) | (15,520) |
| Non-controlling interests | 7,964 | 11,774 |
| Total stockholders' deficit | (85,720) | (3,746) |
| Total liabilities, preferred stock and stockholders' deficit | $ 178,883 | $ 166,720 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In Thousands, Except Share and Per Share Data)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| | (Unaudited) | | (Unaudited) | |
| Revenues: | | | | |
| Revenues | $ 15,889 | $ 29,009 | $ 75,289 | $ 70,706 |
| Grant revenues from governmental agencies | 747 | 585 | 2,208 | 2,753 |
| Total revenues | 16,636 | 29,594 | 77,497 | 73,459 |
| Costs and expenses: | | | | |

| | | | | |
|---|---|---|---|---|
| Cost of revenues, excluding depreciation and amortization | 17,932 | 26,775 | 67,514 | 61,021 |
| Depreciation expense | 3,607 | 1,836 | 9,283 | 5,237 |
| Selling, general and administrative expenses | 16,475 | 6,154 | 48,092 | 15,772 |
| Amortization of intangible assets | 863 | 733 | 2,588 | 2,201 |
| Total costs and expenses | 38,877 | 35,498 | 127,477 | 84,231 |
| Operating loss | (22,241) | (5,904) | (49,980) | (10,772) |
| Other income (expenses): | | | | |
| Interest and finance expense: | | | | |
| Issuance of and changes in fair value of warrant and other debt-related liabilities | (7,520) | (6,115) | (82,780) | (8,193) |
| Amortization of discount and issuance costs on notes payable | (4,098) | (687) | (10,656) | (1,672) |
| Losses on debt extinguishments | (4,477) | — | (6,703) | — |
| Interest expense on notes payable | (1,067) | (604) | (2,420) | (2,066) |
| Interest expense on capital lease obligations | (76) | (88) | (245) | (190) |
| Other income (expense), net | 152 | 228 | 1,656 | 321 |
| Loss before income taxes | (39,327) | (13,170) | (151,128) | (22,572) |
| Income tax expense (benefit) | (161) | — | 89 | 7 |
| Net loss before non-controlling interests | (39,166) | (13,170) | (151,217) | (22,579) |
| Net loss attributable to non-controlling interests | 916 | 677 | 1,983 | 3,714 |
| Net loss attributable to common stockholders | $ (38,250) | $ (12,493) | $ (149,234) | $ (18,865) |
| | | | | |
| Statements of Comprehensive Loss: | | | | |
| Net loss before non-controlling interests | $ (39,166) | $ (13,170) | $ (151,217) | $ (22,579) |
| Unrealized gain (loss) from foreign currency translation | (8) | (3) | 62 | 4 |
| Comprehensive loss | $ (39,174) | $ (13,173) | $ (151,155) | $ (22,575) |
| | | | | |
| Weighted average number of common shares outstanding: | | | | |
| Basic | 18,548,358 | 12,365,368 | 16,242,589 | 12,273,210 |
| Diluted | 18,548,358 | 12,365,368 | 16,242,589 | 12,273,210 |
| | | | | |
| Basic and diluted loss per share: | | | | |
| Loss before non-controlling interests | $ (2.11) | $ (1.07) | $ (9.31) | $ (1.84) |
| Net loss attributable to non-controlling interests | 0.05 | 0.06 | 0.12 | 0.30 |
| Basic and diluted loss per share attributable to Common Stockholders | $ (2.06) | $ (1.01) | $ (9.19) | $ (1.54) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

4

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In Thousands)**

| | Nine Months Ended September 30, | |
|---|---|---|
| | 2011 | 2010 |
| | (Unaudited) | |
| Cash flows from operating activities: | | |
| Net loss before non-controlling interests | $ (151,217) | $ (22,579) |
| Adjustments to reconcile net loss before non-controlling interests to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization of property and equipment and intangible assets | 11,871 | 7,438 |
| Amortization of discount on and issuance costs of notes payable | 10,656 | 1,672 |
| Interest added to principal on notes payable | 173 | 268 |
| Changes related to fair value of warrant and other debt-related liabilities | 82,780 | 8,193 |
| Loss on debt extinguishments | 6,703 | — |
| Stock-based compensation | 23,897 | 1,194 |
| Interest on government obligation | 154 | — |
| Warrants issued to service providers | — | 1,700 |
| Increase in earn out liability | 53 | — |
| Changes in operating assets and liabilities, net of effect of acquisitions: | | |
| Contracts receivable | 110 | (908) |
| Prepaid expenses and other assets | (4,693) | (1,338) |
| Accounts payable and accrued liabilities | (3,639) | 3,633 |

| | | |
|---|---:|---:|
| Advance payments and deferred revenue | (10,709) | 12,718 |
| Contract obligations | — | (4,476) |
| Deferred income tax liability | (196) | — |
| Deferred grant revenue from governmental agencies | 3,735 | 2,799 |
| Net cash provided by (used in) operating activities | (30,322) | 10,314 |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (12,250) | (5,069) |
| Purchases of common stock | — | (3,555) |
| Changes in restricted cash | 907 | (65) |
| Investment in film projects and other assets | (3,348) | — |
| Net cash used in investing activities | (14,691) | (8,689) |
| Cash flows from financing activities: | | |
| Proceeds from sale of common stock | 48,001 | 998 |
| Proceeds from issuance of notes payable, preferred stock, and warrants | 19,400 | 11,400 |
| Purchase of warrants | (8,000) | — |
| Exercise of Series B preferred stock put | (5,000) | — |
| Payments of stock issuance costs | (5,320) | (559) |
| Offering costs paid | (3,565) | — |
| Repayments on notes payable | (1,054) | (9,966) |
| Payments on capital lease obligations | (884) | (1,405) |
| Payments of debt issuance costs | (506) | — |
| Net cash provided by financing activities | 43,072 | 468 |
| Effect of exchange rates on cash and cash equivalents | (67) | 22 |
| Net increase (decrease) in cash and cash equivalents | (2,008) | 2,115 |
| Cash and cash equivalents at beginning of period | 11,986 | 5,058 |
| Cash and cash equivalents at end of period | $ 9,978 | $ 7,173 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In Thousands)**

| | Nine Months Ended September 30, | |
|---|---:|---:|
| | **2011** | **2010** |
| | (Unaudited) | |
| Supplemental disclosure of cash flow information - cash paid during the period for: | | |
| Interest | $ 1,988 | $ 753 |
| Taxes | 200 | — |
| Non-cash investing and financing activities: | | |
| Stock option issued as compensation in connection with a financing transaction | — | 1,700 |
| Warrants issued as compensation in connection with financings and other transactions | 2,000 | — |
| Debt extinguishments | 7,907 | 5,918 |
| Debt discounts established after debt extinguishments | (1,204) | (5,918) |
| Deferred offering costs included in accounts payable and accrued liabilities at period end | 1,144 | — |
| Deferred debt issue costs | 4,436 | 4,330 |
| Write-off of deferred debt issue costs upon conversion of debt to equity | (49) | — |
| Purchase of property and equipment in accounts payable at period end | 715 | — |
| Purchase of property and equipment with assets held in trust | 23,533 | 2,761 |
| Land grant from government entities | — | 10,500 |
| Amortization of discount on bond obligation | 91 | 32 |
| Bond interest capitalized to construction-in-progress | 1,243 | 841 |
| Shares issued from deposits collected in the prior period | 60 | — |
| Shares issued from exchange of subsidiary shares | 50 | — |

The accompanying notes are an integral part of these condensed consolidated financial statements.

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**

A reconciliation of net income (loss), a U.S. GAAP measure, to Adjusted EBITDA, is provided in "— Results of Operations" presented below.

**Results of Operations**

The following table sets forth certain information regarding the Company's unaudited condensed consolidated results of operations for the three and nine months ended September 30, 2011 and September 30, 2010, and the pro forma results of operations for the three and nine months ended September 30, 2010, assuming the acquisition of In-Three occurred on January 1, 2010 (in thousands).

29

Table of Contents

| | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2011 | 2010 | 2010 Pro forma | 2011 | 2010 | 2010 Pro forma |
| Revenues: | | | | | | |
| Revenues | $ 15,889 | $ 29,009 | $ 29,009 | $ 75,289 | $ 70,706 | $ 71,552 |
| Grant revenues from governmental agencies | 747 | 585 | 585 | 2,208 | 2,753 | 2,753 |
| Total revenues | 16,636 | 29,594 | 29,594 | 77,497 | 73,459 | 74,305 |
| Costs and expenses: | | | | | | |
| Cost of revenues, excluding depreciation and amortization | 17,932 | 26,775 | 26,775 | 67,514 | 61,021 | 61,862 |
| Depreciation expense | 3,607 | 1,836 | 1,877 | 9,283 | 5,237 | 5,360 |
| Selling, general and administrative expenses | 16,475 | 6,154 | 7,633 | 48,092 | 15,772 | 20,021 |
| Amortization of intangible assets | 863 | 733 | 862 | 2,588 | 2,201 | 2,588 |
| Total costs and expenses | 38,877 | 35,498 | 37,147 | 127,477 | 84,231 | 89,831 |
| Operating loss | (22,241) | (5,904) | (7,553) | (49,980) | (10,772) | (15,526) |
| Other income (expenses): | | | | | | |
| Interest and finance expense: | | | | | | |
| Issuance of and changes in fair value of warrant and and other debt-related liabilities | (7,520) | (6,115) | (6,116) | (82,780) | (8,193) | (8,194) |
| Amortization of discount and issuance costs on notes payable | (4,098) | (687) | (687) | (10,656) | (1,672) | (1,672) |
| Loss on debt extinguishment | (4,477) | — | — | (6,703) | | |
| Interest expense on notes payable | (1,067) | (604) | (997) | (2,420) | (2,066) | (3,220) |
| Interest expense on capital lease obligations | (76) | (88) | (88) | (245) | (190) | (190) |
| Other income (expense), net | 152 | 228 | 82 | 1,656 | 321 | (229) |
| Loss before income taxes | (39,327) | (13,170) | (15,359) | (151,128) | (22,572) | (29,031) |
| Income tax provision | (161) | — | — | 89 | 7 | 7 |
| Net loss before non-controlling interests | (39,166) | (13,170) | (15,359) | (151,217) | (22,579) | (29,038) |
| Net loss attributable to non-controlling interests | 916 | 677 | 677 | 1,983 | 3,714 | 3,714 |
| Net loss attributable to common stockholders | $ (38,250) | $ (12,493) | $ (14,682) | $ (149,234) | $ (18,865) | $ (25,324) |
| | | | | | | |
| Non-GAAP Adjusted EBITDA | $ (9,693) | $ (2,822) | $ (4,660) | $ (10,200) | $ 4,521 | $ 277 |

A reconciliation of net loss before non-controlling interests, a U.S. GAAP measure, to Non-GAAP Adjusted EBITDA, a non-GAAP measure, is presented in the table below (in thousands):

| | Three Months Ended September 30, | | | Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2011 | 2010 | 2010 Pro forma | 2011 | 2010 | 2010 Pro forma |
| Net loss before non-controlling interests | $ (39,166) | $ (13,170) | $ (15,359) | $ (151,217) | $ (22,579) | $ (29,038) |
| Add back (reverse) charges (income) pertaining to: | | | | | | |
| Losses on debt extinguishment | 4,477 | — | — | 6,703 | — | — |
| Share-based compensation and share exchange expense | 9,293 | 511 | 511 | 23,897 | 1,194 | 1,194 |
| Income tax expense (benefit) | (161) | — | — | 89 | 7 | 7 |
| Interest expense, net | 5,241 | 1,379 | 1,772 | 13,321 | 3,928 | 5,082 |
| Depreciation expense | 3,607 | 1,836 | 1,877 | 9,283 | 5,237 | 5,360 |
| Amortization of intangible assets | 863 | 733 | 862 | 2,588 | 2,201 | 2,588 |
| Changes related to fair value of warrant and other debt-related liabilities | 7,520 | 6,115 | 6,116 | 82,780 | 8,193 | 8,194 |
| Acquisition-related non-cash adjustments | — | 359 | — | — | 2,393 | 2,393 |
| Other EBITDA addbacks: | | | | | | |
| Grant cash receipts in excess of grant revenue recognized | (1,367) | (585) | (585) | 1,922 | 2,247 | 2,247 |
| Write-off of deferred offering costs | — | — | — | 434 | — | — |

| | | | | | |
|---|---|---|---|---|---|
| Other expenses | — | 146 | — | 1,700 | 2,250 |
| Non-GAAP Adjusted EBITDA | $ (9,693) | $ (2,822) | $ (4,660) | $ (10,200) | $ 4,521 $ 277 |

**Operating Segments**

FASB ASC Topic 280, *Segment Reporting,* establishes standards for reporting information about operating segments. This standard requires segmentation based on our internal organization and reporting of revenue and operating income based upon internal accounting methods. Operating segments are defined as components of an enterprise for which separate financial information is available that is evaluated regularly by the chief operating decision maker in deciding how to allocate resources and assess performance. Our three operating segments are Feature Films, Commercials and Animation. These segments are presented in the way the Company internally manage and monitor our performance. Our reporting systems present various data used by management to operate the business. However, certain expenses are not allocated to the various segments (primarily consisting of support staff salaries and benefits, fees for outside professional services, insurance costs, and utilities costs, all of which are included in selling, general and administrative expenses), and thus a reconciliation is provided between the consolidated financial statements and the data related to the combined segments. Interest and other income are not allocated to the various segments, as the chief operating decision maker does not evaluate segment operations beyond the income (loss) from operations level.

Table of Contents

Our digital production business (containing the segments of Feature Films and Commercials) has historically dominated our operations. The revenue for each of the segments is derived from external customers. A majority of all revenues have been generated in the United States from customers located in the United States.

The table below sets forth certain unaudited  information regarding the results of operations of our segments for the periods indicated (in thousands):

| | For the Three Months Ended September 30, | | | For the Nine Months Ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2011 | 2010 | 2010 (Pro Forma) | 2011 | 2010 | 2010 (Pro Forma) |
| **Feature Films** | | | | | | |
| Revenues | $ 12,522 | $ 24,481 | $ 24,481 | $ 59,240 | $ 56,091 | $ 56,937 |
| Cost of revenues | 14,055 | 23,663 | 23,663 | 53,227 | 49,437 | 50,278 |
| SG&A | 114 | — | — | 840 | — | — |
| Operating income | $ (1,647) | $ 818 | $ 818 | $ 5,173 | $ 6,654 | $ 6,659 |
| **Commercials** | | | | | | |
| Revenues | $ 3,367 | $ 4,528 | $ 4,528 | $ 16,049 | $ 14,615 | $ 14,615 |
| Cost of revenues | 3,877 | 3,112 | 3,112 | 14,287 | 11,584 | 11,584 |
| SG&A | 98 | 157 | 157 | 350 | 495 | 495 |
| Operating income (loss) | $ (608) | $ 1,259 | $ 1,259 | $ 1,412 | $ 2,536 | $ 2,536 |
| **Animation/Content** | | | | | | |
| Revenues | $ — | $ — | $ — | $ — | $ — | $ — |
| Cost of revenues | — | 48 | 48 | — | 48 | 48 |
| SG&A | — | — | — | — | — | — |
| Operating loss | $ — | $ (48) | $ (48) | $ — | $ (48) | $ (48) |
| **Corporate & Other** | | | | | | |
| Revenues | $ 747 | $ 585 | $ 585 | $ 2,208 | $ 2,753 | $ 2,753 |
| Cost of revenues | | | | | | |
| Depreciation | 3,607 | 1,836 | 1,877 | 9,283 | 5,237 | 5,360 |
| SG&A (excluding stock-based compensation and share exchange expense) | 6,970 | 5,438 | 6,917 | 23,005 | 14,035 | 18,284 |
| Stock-based compensation and share exchange expense | 9,293 | 511 | 511 | 23,897 | 1,194 | 1,194 |
| Amortization | 863 | 733 | 862 | 2,588 | 2,201 | 2,588 |
| Operating loss | $ (19,986) | $ (7,933) | $ (9,582) | $ (56,565) | $ (19,914) | $ (24,673) |
| **Consolidated** | | | | | | |
| Revenues | $ 16,636 | $ 29,594 | $ 29,594 | $ 77,497 | $ 73,459 | $ 74,305 |
| Cost of revenues | 17,932 | 26,775 | 26,775 | 67,514 | 61,021 | 61,862 |
| Depreciation | 3,607 | 1,836 | 1,877 | 9,283 | 5,237 | 5,360 |
| SG&A (excluding stock-based compensation and share exchange expense) | 7,182 | 5,643 | 7,122 | 24,195 | 14,578 | 18,827 |
| Stock-based compensation and share exchange expense | 9,293 | 511 | 511 | 23,897 | 1,194 | 1,194 |
| Amortization | 863 | 733 | 862 | 2,588 | 2,201 | 2,588 |
| Operating loss | $ (22,241) | $ (5,904) | $ (7,553) | $ (49,980) | $ (10,772) | $ (15,526) |

**Three Months Ended September 30, 2011 Compared to Three Months Ended September 30, 2010**

*Summary of operating results*

The operating loss increased $16.4 million to $22.2 million for the three months ended September 30, 2011 from $5.9 million for the same period of the prior year. The gross margin, defined as revenues less cost of revenues, declined $4.1 million, primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Additional detail on the components included in our cost of revenues is provided below. Stock-based compensation and share exchange expense increased from $0.5 million to $9.3 million. Other Selling, general and administrative ("S,G&A") expenses increased by $1.5 million over the prior period to $7.2 million over the prior period, primarily resulting from increased rent and other occupancy costs during the three months ended September 30, 2011. Depreciation and amortization increased $1.9 million over the prior period.

Interest and other financing costs increased $9.3 million to $17.2 million for the three months ended September 30, 2011 from $7.5 million for the same period of the prior year. The principal causes of this increase were a $1.4 million increase in the non-cash changes in fair value of warrant and other debt-related liabilities, $3.4 million increase in the amortization of debt discounts and $4.5 million for losses recognized on debt extinguishments. The net losses before non-controlling interests were $39.2 million and $13.2 million for the three months ended September 30, 2011 and 2010, respectively. These increases are explained in greater detail below.

*Revenues*

The $13.0 million decrease in total revenues for the three months ended September 30, 2011 as compared to the same period of the prior year was due primarily to a $12.0 million decrease in feature film revenues and a $1.2 million decrease in commercial revenues.

31

Table of Contents

Feature film revenues decreased to $12.5 million for the three months ended September 30, 2011, of which revenues from four features accounted for $9.2 million of this total. Feature film revenues for the three months ended September 30, 2010 aggregated $24.5 million, of which revenues from one feature film accounted for $14.6 million of this total. The aggregate decrease is due to a larger number of smaller projects that were in production during the three months ended September 30, 2011.

Commercials revenues decreased to $3.3 million for the three months ended September 30, 2011 from $4.5 million for the same period of the prior year. We recognized revenue from one commercials project of $0.8 million for the three months ended September 30, 2011. The largest amount of revenue recognized from one project for the three months ended September 30, 2010 was $0.7 million. The aggregate decrease was due to a smaller number of projects completed during the three months ended September 30, 2011.

*Grant revenues from governmental sources*

Grant revenues from governmental sources decreased by $0.2 million during the three months ended September 30, 2011 as compared to the corresponding period of the prior year. During the three months ended September 30, 2011 and September 30, 2010, we recognized $0.4 million each from a grant from the State of Florida. During the three months ended September 30, 2011, we recognized $0.3 million from a new grant from the City of West Palm Beach, Florida.

*Cost of revenues*

The table below lists sets forth the components of cost of revenues (in thousands):

| | Three Months Ended September 30, | | | | |
|---|---|---|---|---|---|
| | 2011 | | | 2010 | |
| | Amount | % of Total Revenues | | Amount | % of Total Revenues |
| Cost of Revenues: | | | | | |
| Direct cost of revenues | $ 8,069 | 49% | $ | 20,366 | 69% |
| Unutilized labor | 3,787 | 23% | | 131 | — |
| Production and other costs | 6,076 | 37% | | 6,278 | 21% |
| Total cost of revenues | $ 17,932 | 108% | $ | 26,775 | 90% |

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents expenses related to the staff that we retain while we await the start of new projects. Production and other costs represent that portion of our overhead that is allocated to cost of revenues.

Our direct cost of revenues decreased during the three months ended September 30, 2011 as compared to the corresponding period of the prior year, to 49% of revenue from 69%. This decrease is due primarily to the inclusion of box office-related compensation that we received in the third quarter of 2011 which helped expand our margins. It is also due to the inclusion of a downward adjustment in our expected margin for a film in the third quarter of 2010. We believe that this improvement reflects the benefits of our movement toward a content-ownership economic model.

Our unutilized labor increased during the three months ended September 30, 2011 as compared to the corresponding period of the prior year, by $3.7 million as we retained digital artists in anticipation of future projects, including those projects in which we are an equity investor.

Our production and other costs decreased during the three months ended September 30, 2011 as compared to the corresponding period of the prior year, by $0.2 million.

*Depreciation expense*

The $1.8 million increase in depreciation expense is primarily due to the growth of our fixed assets. Of the total increase, $1.1 million was due to the growth in our Florida operations.

*Selling, general and administrative expenses ("S,G&A")*

The composition of the S,G&A expenses for the three months ended September 30, 2011 and 2010 are as follows (in thousands):

32

Table of Contents

| | Three Months Ended September 30, | | Increase |
|---|---|---|---|
| | 2011 | 2010 | |
| Stock-based compensation and share exchange expense: | | | |
| Senior executive option grant | $ 170 | $ — | $ 170 |
| Stock exchanges of subsidiary stock | 6,928 | — | 6,928 |
| Other stock option compensation expense | 2,196 | 510 | 1,686 |
| Total stock-based compensation and share exchange expense | 9,294 | 510 | 8,784 |
| Florida operations payroll | 1,911 | 1,333 | 578 |
| Professional fees | 896 | 396 | 500 |
| Other S,G&A expenses | 4,374 | 3,915 | 459 |
| Total S,G&A | $ 16,475 | $ 6,154 | $ 10,321 |

Of the $10.3 million increase in our S,G&A expense during the three months ended September 30, 2011 as compared to the corresponding period of the prior year, $8.7 million was due primarily to an increase in stock-based compensation and share exchange expense.

During the three months ended September 30, 2011, we granted options to the former Chief Executive Officer of our subsidiary Digital Domain to purchase shares of the Company's Common Stock which vested immediately. Four stockholders of Digital Domain, including our Chief Financial Officer, exchanged 3.1 million shares of Digital Domain common stock for 1.9 million shares of our common stock during this three month period. We recognized $6.9 million of stock compensation expense from these stock exchanges.

Total S,G&A expenses increased $10.3 million to $16.5 million for the three months ended September 30, 2011 from $6.2 million for the same period of the prior year, reflecting the ramp-up of expenses in our Florida studio, and our work to begin co-producing live-action films.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the three months ended September 30, 2011, we recognized $7.5 million of net increases to warrant liabilities for increased number of warrants granted due to anti-dilution protection of existing warrants and the increase in the fair value of the Company's common stock. The amount of increase in warrant liabilities recognized in the three months ended September 30, 2010 was $6.1 million.  This is a non-cash expense.

*Amortization of discount and issuance costs on notes payable*

During the three months ended September 30, 2011 and 2010, we amortized debt discounts of $4.1 million and $0.7 million, respectively. This increase was due to the increased level of indebtedness.  This is a non-cash expense.

*Loss on debt extinguishments*

The  loan with our former commercial lender was acquired by Comvest on July 1, 2011. The unamortized debt discount on that date was $3.4 million. We recognized a loss on debt extinguishment of that amount upon this debt retirement. In July 2011, a convertible note payable to PBC Digital Holdings II LLC with an outstanding principal balance of $4.2 million was mandatorily converted to common stock. We recognized a loss of $1.1 million upon this conversion. There were no such losses on debt extinguishments for the three months ended September 30, 2010.

*Interest expense on notes payable*

The interest expense on notes payable increased $0.5 million for the three months ended September 30, 2011 as compared to the prior year due to increased levels of indebtedness.

*Net loss attributable to non-controlling interests*

During the three months ended September 30, 2011 and 2010, the net losses of the Company's subsidiary Digital Domain ("DD") were $5.2 million and $3.5 million, respectively. The portions of Digital Domain not owned by us during these same periods were 16.5% and 19.4%, respectively.

Therefore, the net loss to non-controlling interests related to DD was $0.8 million and $0.7 million during these respective periods. The non-controlling interests' portion of the net loss of another subsidiary, Digital Domain Institute, Inc., was $0.1 million for the three months ended September 30, 2011.

33

Table of Contents

**Three Months Ended September 30, 2011 Compared to Three Months Ended September 30, 2010 Pro Forma**

Explanatory Note -- The results of operations for the pro forma three months ended September 30, 2010 present on a pro forma basis our consolidated results of operations as if the acquisition of In-Three occurred on January 1, 2010.

*Summary of operating results*

The operating loss increased by $14.7 million to $22.2 million for the three months ended September 30, 2011 from $7.5 million for the corresponding pro forma period of the prior year. The gross margin, defined as revenues less cost of revenues, declined by $4.1 million, primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Stock-based compensation and share exchange expense increased from $0.5 million to $9.3 million and S,G&A expense increased over these two periods by $0.1 million to $7.2 million. Depreciation and amortization increased by $1.9 million for the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year .

Interest and other financing costs increased $9.3 million to $17.2 million for the three months ended September 30, 2011 from $7.9 million for the corresponding pro forma period of the prior year. The principal causes of this increase were a $1.4 million increase in the changes in fair value of warrant and other debt-related liabilities, $3.4 million for amortization of debt discounts and $4.5 million for losses on debt extinguishments. The net losses before non-controlling interests were $39.2 million and $15.4 million for the three months ended September 30, 2011 and 2010, respectively. These increases are explained below.

*Revenues*

The $13.0 million decrease in total revenues for the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year was due primarily to a $12.0 million decrease in feature film revenues and a $1.2 million decrease in commercial revenues.

Feature film revenues decreased to $12.5 million for the three months ended September 30, 2011, of which revenues from four features accounted for $9.2 million of this total. Feature film revenues for the pro forma three months ended September 30, 2010 aggregated $24.5 million, of which revenues from one feature film accounted for $14.6 million of this total.

Commercials revenues decreased to $3.3 million for the three months ended September 30, 2011 from $4.5 million for the corresponding pro forma period of the prior year. We recognized revenue from one commercials project of $0.8 million for the three months ended September 30, 2011. The largest amount of revenue recognized from one project for the pro forma three months ended September 30, 2010 was $0.7 million.

*Grant revenues from governmental sources*

Grant revenues from governmental sources increased $0.2 million. During the three months ended September 30, 2011 and the corresponding pro forma period of the prior year, we recognized $0.4 million each from the State of Florida grants. We recognized $0.3 million from a new grant from the City of West Palm Beach, Florida during the three months ended September 30, 2011.

*Cost of revenues*

The table below lists sets forth the components of cost of revenues (in thousands):

| | Three Months Ended September 30, | | | | |
| | 2011 | | | 2010 | |
| | Amount | % of Total Revenues | | Amount | % of Total Revenues |
| | | | | Pro Forma | |
| Cost of Revenues: | | | | | |
| Direct cost of revenues | $ 8,069 | 49% | $ | 20,366 | 69% |
| Unutilized labor | 3,787 | 23% | | 131 | — |
| Production and other costs | 6,076 | 37% | | 6,278 | 21% |
| Total cost of revenues | $ 17,932 | 108% | $ | 26,775 | 90% |

34

Table of Contents

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents expenses related to the staff that we retain while we await the start of new projects. Production and other costs represent that portion of our overhead that is allocated to cost of revenue.

Our direct cost of revenue decreased, during the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year to 49% of revenue from 69%. This decrease is due primarily to the inclusion of box office-related compensation that we received in the third quarter of 2011 which helped expand our margins. We believe that this improvement reflects the benefits of our movement toward a content-ownership economic model.

Our unutilized labor increased, during the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year by $3.7 million as we retained digital artists in anticipation of future projects, including those projects in which we are an equity investor.

Our production and other costs decreased, during the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year by $0.2 million.

*Depreciation expense*

The $1.7 million increase in depreciation expense for the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year is primarily due to the growth of our fixed assets. Of the total increase, $1.1 million was due to the growth in our Florida operations.

*Selling, general and administrative expenses ("S,G&A")*

The composition of the S,G&A expenses for the three months ended September 30, 2011 and 2010 (pro forma) are as follows (in thousands):

|  | Three Months Ended September 30, | | |
|  | Actual 2011 | Pro Forma 2010 | Increase |
|---|---|---|---|
| Stock-based compensation and share exchange expense: | | | |
| Senior executive option grant | $ 170 | $ — | $ 170 |
| Stock exchanges of subsidiary stock | 6,928 | — | 6,928 |
| Other stock option compensation expense | 2,196 | 510 | 1,686 |
| Total stock-based compensation and share exchange expense | 9,294 | 510 | 8,784 |
| Florida operations payroll | 1,911 | 1,333 | 578 |
| Professional fees | 896 | 396 | 500 |
| Other S,G&A expenses | 4,374 | 5,394 | (1,020) |
| Total S,G&A | $ 16,475 | $ 7,633 | $ 8,842 |

The $8.8 million increase in our total S,G&A expense, during the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year included an $8.8 million increase in stock-based compensation and share exchange expense.

During the three months ended September 30, 2011, we granted options to the former Chief Executive Officer of our subsidiary Digital Domain to purchase shares of the Company's Common Stock, which vested immediately. Four stockholders of Digital Domain, including our Chief Financial Officer, exchanged 3.1 million shares of Digital Domain common stock for 1.9 million shares of our common stock. We recognized $6.9 million of stock compensation expense from these stock exchanges.

Total S,G&A expenses increased $8.9 million to $16.5 million for the three months ended September 30, 2011 from $7.6 million for the corresponding pro forma period of the prior year.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the three months ended September 30, 2011, we recognized $7.5 million of net increases to warrant liabilities for increased number of warrants granted due to anti-dilution protection of existing warrants and the change in the fair value of the Company, based on independent valuation. The amount of the net increase in warrant liabilities recognized in the pro forma three months ended September 30, 2010 was $6.1 million.

Table of Contents

*Amortization of discount and issuance costs on notes payable*

During the three months ended September 30, 2011 and 2010 (pro forma) we amortized debt discounts of $4.1 million and $0.7 million, respectively. This increase was due to the increased level of indebtedness (see Note 13 to the unaudited Condensed Consolidated Financial Statements included in this report).

*Loss on debt extinguishments*

The loan with our former commercial lender was acquired by Comvest on July 1, 2011. The unamortized debt discount on that date was $3.4 million. We recognized a loss on debt extinguishment of that amount related to this debt retirement. In July 2011, the convertible note payable to PBC

Digital Holdings II LLC with an outstanding principal balance of $4.2 million was mandatorily converted to common stock. We recognized a loss of $1.1 million upon this conversion. There were no such losses on debt extinguishments for the three months ended September 30, 2010.

*Interest expense on notes payable*

The interest expense on notes payable increased $0.1 million for the three months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year due to increased levels of indebtedness.

*Net loss attributable to non-controlling interests*

During the three months ended September 30, 2011 and 2010 (pro forma), the net losses of Digital Domain were $5.2 million and $3.5 million, respectively. The portions of Digital Domain not owned by us during these same periods were 16.5% and 19.4%, respectively. Therefore, the net loss to non-controlling interests related to Digital Domain was $0.8 million and $0.7 million for the respective periods. The non-controlling interest portion of the net loss of another subsidiary, Digital Domain Institute, Inc., was $0.1 million for the three months ended September 30, 2011.

**Nine Months Ended September 30, 2011 Compared to Nine Months Ended September 30, 2010**

*Summary of operating results*

The operating loss increased by $39.2 million to $50.0 million for the nine months ended September 30, 2011 from $10.8 million for the same period of the prior year. The gross margin, defined as revenues less cost of revenues, declined by $2.5 million primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Stock-based compensation and share exchange expense increased by $22.7 million to $23.9 million and other S,G&A increased over these two periods by $9.6 million to $24.2 million, primarily resulting from increased rent and other occupancy costs. Depreciation and amortization increased over these two periods by $4.4 million.

Interest and other financing costs increased $90.7 million to $102.8 million for the nine months ended September 30, 2011 from $12.1 million for the same period of the prior year. The principal causes of this increase were a $74.6 million in increase in the non-cash changes in fair value of warrant and other debt-related liabilities, a $9.0 million increase in the amortization of debt discounts and $6.7 million of losses recognized on debt extinguishments. The net loss before non-controlling interests was $151.2 million and $22.6 million for the nine months ended September 30, 2011 and 2010, respectively. These increases are explained below.

*Revenues*

The $4.0 million increase in revenues for the nine months ended September 30, 2011 as compared to the same period of the prior year was primarily due to a $3.1 million increase in feature film revenues and a $1.4 million increase in commercial revenues.

Feature film revenues increased to $59.2 million for the nine months ended September 30, 2011, of which revenues from four features accounted for $54.0 million of this total. Feature film revenues for the nine months ended September 30, 2010 aggregated $56.1 million, of which revenues from one feature film accounted for $42.3 million of this total.

Commercials revenues increased to $16.0 million for the nine months ended September 30, 2011 from $14.6 million for the same period of the prior year. We recognized revenue from one commercial project of $4.5 million for the nine months ended September 30, 2011. The largest amount of revenue recognized from one project for the nine months ended September 30, 2010 was $1.5 million.

*Grant revenues from governmental sources*

Grant revenues from governmental sources decreased $0.6 million for the nine months ended September 30, 2011 as compared to the corresponding period of the prior year. During the nine months ended September 30, 2010, we recognized $2.2 million from the State of Florida grant, which decreased to $1.2 million for the nine months ended September 30, 2011. This was partially offset by $0.3 million from a new grant from the City of West Palm Beach, Florida and $0.1 from a grant from Workforce Florida, recognized during the nine months ended September 30, 2011.

36

Table of Contents

*Cost of revenues*

The table below sets forth the components of cost of revenues (in thousands):

| | Nine Months Ended September 30, | | | |
| | 2011 | | 2010 | |
| | Amount | % of Total Revenues | Amount | % of Total Revenues |
|---|---|---|---|---|
| Cost of Revenues: | | | | |
| Direct cost of revenues | $46,730 | 60% | $49,628 | 68% |
| Unutilized labor | 6,399 | 8% | 877 | 1% |
| Production and other costs | 14,385 | 19% | 10,516 | 14% |
| Total cost of revenues | $67,514 | 87% | $61,021 | 83% |

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents staff that we retain while we await the start of new projects. Production and other costs represent that portion of our overhead that is allocated to cost of revenue.

Our direct cost of revenues decreased during the nine months ended September 30, 2011 as compared to the corresponding period of the prior year to 60% of revenue from 68%. This decrease is due to the inclusion of box office-related compensation that we received in the third quarter of 2011 which helped expand our margins. We believe that this improvement reflects the benefits of our movement toward a content-ownership economic model.

Our unutilized labor increased during the nine months ended September 30, 2011 as compared to the corresponding period of the prior year by $5.5 million as we retained digital artists in anticipation of future projects, including those projects in which we are an equity investor.

Our production and other costs increased during the nine months ended September 30, 2011 as compared to the corresponding period of the prior year by $3.9 million, reflecting the growth in the scale of our facilities and infrastructure as we prepare for future projects, including those projects in which we are an equity investor.

*Depreciation expense*

The $4.0 million increase in depreciation expense for the nine months ended September 30, 2011 as compared to the same period of the prior year is primarily due to the growth of our fixed assets. Of the total increase, $3.1 million was due to the growth in our Florida operations.

*Selling, general and administrative expenses ("SG&A")*

The composition of S,G&A expenses for the nine months ended September 30, 2011 and 2010 are as follows (in thousands):

| | Nine Months Ended September 30, | | | | |
|---|---|---|---|---|---|
| | 2011 | | 2010 | | Increase |
| Stock-based compensation and share exchange expense: | | | | | |
| Senior executive option grant | $ | 3,553 | $ | — | $ | 3,553 |
| Chief executive office option grant | | 2,502 | | — | | 2,502 |
| Stock exchanges of subsidiary stock | | 13,426 | | — | | 13,426 |
| Other stock option compensation expense | | 4,417 | | 1,194 | | 3,223 |
| Total stock-based compensation and share exchange expense | | 23,898 | | 1,194 | | 22,704 |
| Florida operations payroll | | 7,395 | | 2,845 | | 4,550 |
| Professional fees | | 3,191 | | 1,338 | | 1,853 |
| Other S,G&A expenses | | 13,608 | | 10,395 | | 3,213 |
| Total S,G&A | $ | 48,092 | $ | 15,772 | $ | 32,320 |

Of the $32.4 million increase in our S,G&A expense during the nine months ended September 30, 2011 as compared to the corresponding period of the prior year, $22.7 million was due primarily to an increase in stock-based compensation and share exchange expense.

37

Table of Contents

During the nine months ended September 30, 2011, we granted options to the former Chief Executive Officer of our subsidiary Digital Domain to purchase shares in the Company, which vested immediately. We recognized $3.6 million of expense from this option grant. Additionally, we issued options to purchase shares of Digital Domain to our Chief Executive Officer and recognized $2.5 million for this option grant.

Five stockholders of Digital Domain, including our Chief Executive Officer and our Chief Financial Officer, exchanged 4.6 million shares of Digital Domain common stock for 2.9 million shares of our common stock during the nine months ended September 30, 2011. We recognized $13.4 million of stock compensation expense from these stock exchanges.

The growth of our Florida operations increased payroll-related expenses by $4.6 million during the nine months ended September 30, 2011 as compared to the comparable period in the prior year. Professional fees increased $1.8 million over these two periods as we prepared our initial public offering. Other S,G&A expenses increased by $3.2 million, primarily due to increased rent and occupancy costs. Total S,G&A expenses increased by $32.3 million to $48.1 million for the nine months ended September 30, 2011 from $15.8 million for the same period of the prior year.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the nine months ended September 30, 2011, we recognized $82.8 million of net increases in warrant liabilities for warrants issued to new debt holders, increased number of warrants granted due to anti-dilution protection of existing warrants and the change in the fair value of the Company, based on independent valuation. The amount of net increase in warrant liabilities recognized in the nine months ended September 30, 2010 was $8.2 million. This increase was primarily driven by increases in the valuation of our common stock.

*Amortization of discount and issuance costs on notes payable*

During the nine months ended September 30, 2010, we had two loans to which we applied amortized debt discounts totaling $1.7 million. During the nine months ended September 30, 2011, we had four loans to which we applied amortized debt discounts totaling $10.7 million.

*Loss on debt extinguishments*

During the nine months ended September 30, 2011, we recognized a loss on debt extinguishment of $2.2 million related to changes to the convertible note payable to PBC Digital Holdings II, LLC to adjust this note to fair value as of the date of a loan modification. The loan with our former commercial lender was acquired by Comvest on July 1, 2011. The unamortized debt discount on that date was $3.4 million. We recognized a loss on debt extinguishment of that amount upon this debt retirement. In July 2011, the convertible note payable to PBC Digital Holdings II LLC was mandatorily converted to common stock. We recognized a loss of $1.1 million upon this conversion. There was no such loss on debt extinguishments for the nine months ended September 30, 2010.

*Interest expense on notes payable*

The interest expense on notes payable increased $0.4 million for the nine months ended September 30, 2011 as compared to the same period of the prior year due to increased levels of indebtedness.

*Net loss attributable to non-controlling interests*

During the nine months ended September 30, 2011 and 2010, the net losses of Digital Domain were $10.8 million and $8.2 million, respectively. The portions of Digital Domain not owned by us during these same periods were 17.8% and 45.4%, respectively. Therefore, the net loss attributable to non-controlling interests related to Digital Domain for these respective periods was $1.9 million and $3.7 million. During the nine months ended September 30, 2011, we also recognized $0.1 million of a net loss attributable to non-controlling interests for another subsidiary, Digital Domain Institute, Inc.

**Nine Months Ended September 30, 2011 Compared to Nine Months Ended September 30, 2010 Pro Forma**

*Summary of operating results*

Explanatory Note — The results of operations for the pro forma nine months ended September 30, 2010 present on a pro forma basis our consolidated results of operations as if the acquisition of In-Three occurred on January 1, 2010.

Table of Contents

The operating loss increased $34.5 million to $50.0 million for the nine months ended September 30, 2011 from $15.5 million for the corresponding pro forma period of the prior year. The gross margin, defined as revenues less cost of revenues, declined $2.5 million primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Stock-based compensation and share exchange expense by $22.7 million to $23.9 million and other S,G&A increased over these two periods by $5.4 million to $24.2 million, primarily resulting from increased rent and other occupancy costs. Depreciation and amortization increased by $3.9 million.

Interest and other financing costs increased $89.5 million to $102.8 million for the nine months ended September 30, 2011 from $13.2 million for the corresponding pro forma period of the prior year. The principal causes of this increase were a $74.6 million increase in the non-cash changes in fair value of warrant and other debt-related liabilities, a $9.0 million increase in the amortization of debt discounts and $6.7 million of losses recognized on debt extinguishments. The net loss before non-controlling interests were $151.2 million and $29.0 million for the nine months ended September 30, 2011 and the pro forma nine months ended September 30, 2010, respectively. These increases are explained below.

*Revenues*

The $3.2 million increase in revenues for the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year was due primarily to a $2.3 million increase in feature film revenues and a $1.4 million increase in commercial revenues. Revenues from In-Three aggregated $0.8 for the pro forma nine months ended September 30, 2010.

Feature film revenues increased to $59.2 million for the nine months ended September 30, 2011, of which revenues from four features accounted for $55.3 million of this total. Feature film revenues for the pro forma nine months ended September 30, 2010 aggregated $56.9 million, of which revenues from one feature film accounted for $42.3 million of this total.

Commercials revenues increased to $16.0 million for the nine months ended September 30, 2011 from $14.6 million for the corresponding pro forma period of the prior year. We recognized revenue from one commercials project of $4.5 million for the nine months ended September 30, 2011. The largest amount of revenue recognized from one project for the pro forma nine months ended September 30, 2010 was $1.5 million.

*Grant revenues from governmental sources*

Grant revenues from governmental sources decreased $0.6 million during the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year. During the pro forma nine months ended September 30, 2010, we recognized $2.2 million from the State of Florida grant, which decreased to $1.2 million for the nine months ended September 30, 2011. This was partially offset by $0.3 million from a new grant from the City of West Palm Beach, Florida and $0.1 from a grant from Workforce Florida, recognized during the nine months ended

September 30, 2011.

*Cost of revenues*

The table below sets forth the components of cost of revenues (in thousands):

| | Nine Months Ended September 30, | | | |
| | 2011 | | 2010 | |
| | Amount | % of Revenue | Amount | % of Revenue |
| | | | Pro Forma | |
|---|---|---|---|---|
| Cost of Revenues: | | | | |
| Direct cost of revenues | $  46,730 | 60% | $  50,469 | 68% |
| Unutilized labor | 6,399 | 8% | 877 | 1% |
| Production and other costs | 14,385 | 19% | 10,516 | 14% |
| Total cost of revenues | $  67,514 | 87% | $  61,862 | 83% |

The $5.7 million increase in cost of revenues during the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year was partially due to the $3.2 million increase in revenues discussed above. As a percent of revenues, cost of revenues increased to 87% for the nine months ended September 30, 2011 from 83% for the corresponding pro forma period of the prior year. This increase is primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Cost of revenues for In-Three aggregated $0.8 million for the pro forma nine months ended September 30, 2010, which was equal to the revenues recognized.

Table of Contents

*Depreciation expense*

The $3.9 million increase in depreciation expense for the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year is primarily due to the growth of our fixed assets. Of the total increase, $3.1 million was due to the growth in our Florida operations. Depreciation expense for the In-Three assets aggregated $0.1 million for the pro forma nine months ended September 30, 2010.

*Selling, general and administrative expenses ("S,G&A")*

The composition of the S,G&A expenses for the nine months ended September 30, 2011 and the pro forma nine months ended September 30, 2010 are as follows (in thousands):

| | Nine Months Ended September 30, | | |
| | Actual 2011 | Pro Forma 2010 | Increase |
|---|---|---|---|
| Stock-based compensation and share exchange expense: | | | |
| Senior executive option grant | $  3,553 | $  — | $  3,553 |
| Chief executive office option grant | 2,502 | — | 2,502 |
| Stock exchanges of subsidiary stock | 13,426 | — | 13,426 |
| Other stock option compensation | 4,417 | 1,194 | 3,223 |
| Total stock-based compensation and share exchange expense | 23,898 | 1,194 | 22,704 |
| Florida operations payroll | 7,395 | 7,094 | 301 |
| Professional fees | 3,191 | 1,338 | 1,853 |
| Other S,G&A expenses | 13,608 | 10,395 | 3,213 |
| Total S,G&A | $  48,092 | $  20,021 | $  28,071 |

Of the $28.0 million increase in our S,G&A expense during the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year, $22.7 million was due primarily to an increase in stock-based compensation and share exchange expense.

During the nine months ended September 30, 2011, we granted options to the former Chief Executive Officer of our subsidiary Digital Domain to purchase shares of the Company's Common Stock, which vested immediately. We recognized $3.6 million of expense from this option grant. Additionally during this period, we issued options to purchase shares of Digital Domain to our Chief Executive Officer and recognized $2.5 million for this option grant.

Five stockholders of Digital Domain, including our Chief Executive Officer and our Chief Financial Officer, exchanged 4.6 million shares of Digital Domain common stock for 2.9 million shares of our common stock during the nine months ended September 30, 2011. We recognized $13.4 million of stock compensation expense from these stock exchanges.

The growth of our Florida operations increased payroll-related expenses by $0.3 million during the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year. Professional fees increased over these two periods by $1.8 million as we prepared our initial public offering. Other S,G&A expenses increased over these two periods by $3.2 million, primarily due to increased rent and occupancy costs during the nine months ended September 30, 2011. Total S,G&A expenses increased $28.1 million to $48.1 million for the nine months ended

September 30, 2011 from $20.0 million for the corresponding pro forma period of the prior year. S,G&A expenses for In-Three aggregated $4.2 million for the pro forma nine months ended September 30, 2010.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the nine months ended September 30, 2011, we recognized $82.8 million of net increases to warrant liabilities for warrants issued to new debt holders, increased number of warrants granted due to anti-dilution protection of existing warrants and the change in the fair value of the Company, based on independent valuation. The amount of net increase to warrant liabilities recognized in the pro forma nine months ended September 30, 2010 was $8.2 million.

Table of Contents

*Amortization of discount and issuance costs on notes payable*

During the pro forma nine months ended September 30, 2010, we had two loans to which we applied amortized debt discounts totaling $1.7 million. During the nine months ended September 30, 2011, we had four loans to which we applied amortized debt discounts totaling $10.7 million.

*Loss on debt extinguishments*

During the nine months ended September 30, 2011, we recognized a loss on debt extinguishment of $2.2 million upon changes to the convertible note payable to PBC Digital Holdings II LLC to adjust this note to fair value as of the date of a loan modification. The loan with our former commercial lender was acquired by Comvest on July 1, 2011. The unamortized debt discount on that date was $3.4 million. We recognized a loss on debt extinguishment of that amount upon this debt retirement. In July 2011, the convertible note payable to PBC Digital Holdings II LLC was mandatorily converted to common stock. We recognized a loss of $1.1 million upon this conversion. There was no such loss on debt extinguishments for the pro forma nine months ended September 30, 2010.

*Interest expense on notes payable*

The interest expense on notes payable decreased $0.8 million for the nine months ended September 30, 2011 as compared to the corresponding pro forma period of the prior year. Interest expense for the pro forma nine months ended September 30, 2010 related to In-Three aggregated $1.2 million.

*Net loss attributable to non-controlling interests*

During the nine months ended September 30, 2011 and 2010 (pro forma), the net losses of Digital Domain were $10.4 million and $8.2 million, respectively. The portions of Digital Domain not owned by us during these same periods were 17.8% and 45.4%, respectively. Therefore, the net loss attributable to non-controlling interests related to Digital Domain for these two periods was $1.8 million and $3.7 million, respectively. During the nine months ended September 30, 2011, we also recognized $0.1 million of a net loss attributable to non-controlling interests for Digital Domain Institute, Inc.

**Liquidity and Capital Resources**

As of September 30, 2011, we had a deficit in working capital of $38.3 million. This is inclusive of debt principal outstanding on that date and due on September 30, 2012 aggregating $37.1 million.

On November 18, 2011, we conducted the initial public offering ("IPO") of our common stock. We began trading on the New York Stock Exchange under the ticker symbol "DDMG" on November 18, 2011. On that day, we sold 4.92 million shares of our common stock at the IPO offering price of $8.50 per share. The proceeds of the offering were $41.8 million, before payment of commissions and other then unpaid offering costs aggregating $3.4 million. Upon the completion of the IPO, convertible debt and warrants representing $128.4 million in debt and warrant liabilities on our balance sheet were automatically converted or exercised, as applicable, into shares of our common stock.

After the automatic conversion of our debt and warrant exercise upon the completion of the IPO discussed above, the remaining principal of our debt was $27.4 million, of which $19.4 million is due on September 30, 2012.

We believe, based on our current operating plan, that our existing cash and cash equivalents and available borrowings under our credit facility will be sufficient to meet our anticipated cash needs for at least the next 12 months.

**Cash Flows for the Nine Months Ended September 30, 2011 and 2010 (Unaudited)**

We used net cash from operating activities aggregating $30.3 million for the nine months ended September 30, 2011 compared to net cash provided by operating activities of $10.3 million for the same period of the prior year. This change was primarily due to changes in working capital that resulted in a decrease in cash from operating activities of $27.8 million over the two periods. Much of this was caused by a decrease during the 2011 period in advance billings and deferred revenue of $19.0 million.

During the nine months ended September 30, 2011, we used cash from investing activities of $14.7 million. Purchases of property and equipment aggregated $12.3 million of this amount. We also invested $3.3 million in film projects during this period. In connection with Comvest's purchase of