# Exhibit D

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2012

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from           to

Commission file number: 001-35325

# Digital Domain Media Group, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Florida** | **27-0449505** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

10250 SW Village Parkway
Port St. Lucie, FL 34987
(Address of principal executive offices)
(Zip Code)

(772) 345-8000
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (. § 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

At May 10, 2012, there were 41,677,149 shares of Digital Domain Media Group, Inc.'s common stock outstanding.

| | | | | |
|---|---|---|---|---|
| **Basic loss per share:** | | | | |
| Loss before non-controlling interests | $ | (0.39) | $ | (2.75) |
| Net loss (income) attributable to non-controlling interests | | 0.02 | | (0.01) |
| Basic loss per share attributable to Common Stockholders | $ | (0.37) | $ | (2.76) |
| | | | | |
| Diluted loss per share: | | | | |
| Loss before non-controlling interests | $ | (0.45) | $ | (2.75) |
| Net loss (income) attributable to non-controlling interest | | 0.02 | | (0.01) |
| Diluted loss per share attributable to Common Stockholders | $ | (0.43) | $ | (2.76) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In Thousands)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2012 | 2011 |
| | (Unaudited) | |
| **Cash flows from operating activities:** | | |
| Net loss before non-controlling interests | $ (15,565) | $ (38,928) |
| Adjustments to reconcile net loss before non-controlling interests to net cash used in operating activities: | | |
| Depreciation and amortization of property and equipment and intangible assets | 4,494 | 3,733 |
| Amortization of discount on and issuance costs of notes payable | 1,599 | 3,013 |
| Interest added to principal on notes payable | 171 | — |
| Changes related to fair value of warrant and other debt - related liabilities | (4,284) | 28,965 |
| Stock-based compensation | 1,878 | 4,409 |
| Interest on government obligations | (121) | 19 |
| Decrease in earn out liability | (549) | — |
| Changes in operating assets and liabilities: | | |
| Contracts receivable | (1,779) | (8,272) |
| Prepaid expenses and other assets | 483 | (1,149) |
| Film inventory | (14,415) | (322) |
| Accounts payable and accrued liabilities | 2,305 | (510) |
| Advance payments and deferred revenue | 2,620 | (8,080) |
| Deferred revenue from governmental entities | 1,372 | (584) |
| Unearned revenue | (57) | — |
| Net cash used in operating activities | (21,848) | (17,706) |
| **Cash flows from investing activities:** | | |
| Purchases of property and equipment | (2,889) | (3,727) |
| Changes in restricted cash | — | (5) |
| Net cash used in investing activities | (2,889) | (3,732) |
| **Cash flows from financing activities:** | | |
| Proceeds from sale of common stock | — | 19,501 |
| Proceeds from issuance of notes payable | 3,000 | — |
| Payments of stock issuance costs | — | (2,096) |
| Deferred offering costs paid | — | (756) |
| Repayments on notes payable | — | (554) |
| Payments on capital and governmental lease obligations | (2,037) | (434) |
| Payments of debt issuance costs | (50) | — |
| Purchase of treasury stock | (3,212) | — |
| Net cash provided by (used in) financing activities | (2,299) | 15,661 |
| Effect of exchange rates on cash and cash equivalents | 75 | 84 |
| Net decrease in cash and cash equivalents | (26,961) | (5,693) |
| Cash and cash equivalents at beginning of period | 29,413 | 11,986 |
| Cash and cash equivalents at end of period | $ 2,452 | $ 6,293 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

4

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In Thousands)**

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2012 | 2011 |
| **Supplemental disclosure of cash flow information – cash paid during the period for:** | | |
| Interest | $ 539 | $ 501 |
| **Non-cash investing and financing activities:** | | |
| Increase in debt from debt restructuring | 2,380 | — |
| Deferred offering costs included in accounts payable and accrued liabilities at period end | 50 | — |
| Purchase of property and equipment in accounts payable at period end | 1,891 | 4,301 |
| Purchase of property and equipment with assets held in trust | — | 3,902 |
| Amortization of discount on bond obligation | 195 | 19 |
| Bond interest capitalized to construction-in-progress | — | 495 |
| Shares issued from exchange of subsidiary shares | 1,034 | 15 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

5

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**

### 1. COMPANY BACKGROUND AND OVERVIEW

**Description of Business** — Digital Domain Media Group, Inc., formerly known as Digital Domain Holdings Corporation and Wyndcrest DD Florida, Inc., a Florida corporation incorporated on January 7, 2009 (the "Inception Date"), and subsidiaries (collectively, "Digital Domain Media Group" or the "Company") is a digital production and animation company focused on the creation of original content animation feature films and the development of computer-generated imagery, including three-dimensional stereoscopic ("3D") imagery, for large-scale feature films and transmedia advertising.

The common stock is listed on the New York Stock Exchange under the ticker symbol "DDMG".

**Liquidity and Capital Resources** — The Company has a history of losses, including a $15.6 million and $144.2 million net loss before non-controlling interests, respectively, for the three months ended March 31, 2012 and the year ended December 31, 2011, respectively. The Company has a limited operating history, had negative working capital of $33.4 million and stockholders' equity of $19.8 million as of March 31, 2012, and used $21.8 million to fund cash flows from operations during the three months ended March 31, 2012. For the year ended December 31, 2011, the Company used $44.4 million in cash flows from operations. The Company has worked to improve its working capital and its cash flow shortfalls through equity and debt funding and through the completion of its investment in the co-production of the feature film Ender's Game. The Company raised gross proceeds of $19.5 million in equity capital in a private placement in February and March 2011, gross proceeds of $26.0 million in another private placement consummated in August 2011, and gross proceeds of $41.8 million in its initial public offering completed in November 2011. Furthermore, the Company invested $11.4 million in Ender's Game during the three months ended March 31, 2012. Additionally, upon completion of the IPO, $94.0 million of convertible debt and warrant liabilities reflected on the Company's balance sheet were automatically converted or exercised, as applicable, into the Company's common stock.

### 2. COLLABORATIVE ARRANGEMENTS

*Joint Marketing VFX Services Agreement*

On July 8, 2011 Digital Domain Productions, Inc. ("DDPI"), a wholly owned subsidiary of our subsidiary Digital Domain Inc., ("Digital Domain" or "DD"), entered into a Joint Marketing and Production VFX Services Agreement with RelianceMediaWorks Limited ("RMW"), a film and entertainment services company headquartered in Mumbai, India. The term of this agreement is three years, subject to Digital Domain Productions, Inc.'s option to extend for a fourth year. Pursuant to the terms of this agreement, RMW is responsible for creating and staffing studio facilities in both Mumbai and London, England, through which DDPI is to provide VFX services to its clients worldwide. In consideration of RMW's obligation to provide Digital Domain Productions, Inc. with turnkey studio facilities in these two cities, DDPI has agreed, pursuant to the terms of the agreement, to guarantee to RMW specified minimum monthly levels of production revenues generated at these facilities from DDPI's VFX projects, in the following estimated annual amounts, based on the U.S. dollar/British pound exchange rate as of March 31, 2012, as applied to those payments under the agreement denominated in British pounds: $18.0 million for the first year of the term of the agreement, $27.5 million for the second year of such term, and $27.0 million for the third year of such term.

From the inception of these agreements through March 31, 2012, the Company recognized $6.2 million in expense, including $3.5 million expensed during the three months ended March 31, 2012. Through that date, we had paid $2.3 million to RMW and the remaining $3.9 million is included in accounts payable and accrued liabilities on the accompanying condensed consolidated balance sheet.

## Results of Operations

The following table sets forth certain information regarding our unaudited condensed consolidated results of operations for the three months ended March 31, 2012 and 2011 (in thousands):

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| **Revenues:** | | |
| Revenues | $ 30,158 | $ 37,904 |
| Grant revenues from governmental agencies | 878 | 653 |
| Licensing revenue | 90 | — |
| Tuition revenue | 15 | — |
| Total revenues | 31,141 | 38,557 |
| **Costs and expenses:** | | |
| Cost of revenues, excluding depreciation and amortization | 32,922 | 30,922 |
| Depreciation expense | 3,631 | 2,870 |
| Selling, general and administrative expenses | 10,979 | 10,849 |
| Amortization of intangible assets | 863 | 863 |
| Total costs and expenses | 48,395 | 45,504 |
| Operating loss | (17,254) | (6,947) |
| Other income (expenses): | | |
| Interest and finance (expense) credit: | | |
| Issuance of and changes in fair value of warrant and and other debt-related liabilities | 4,284 | (28,965) |
| Amortization of discount and issuance costs on notes payable | (1,599) | (3,013) |
| Interest expense on notes payable | (670) | (502) |
| Interest expense on capital and governmental lease obligations | (670) | (318) |
| Other income (expense), net | 353 | 1,067 |
| Loss before income taxes | (15,556) | (38,678) |
| Income tax expense | 9 | 250 |
| Net loss before non-controlling interests | (15,565) | (38,928) |
| Net (income) loss attributable to non-controlling interests | 733 | (197) |
| Net loss attributable to common stockholders | $ (14,832) | $ (39,125) |

A reconciliation of net loss before non-controlling interests, a U.S. GAAP measure, to Non-GAAP Adjusted EBITDA, a non-GAAP measure, is presented in the table below (in thousands):

25

Table of Contents

|  | Three Months Ended March 31, | |
|---|---:|---:|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| Net loss before non-controlling interests | $ (15,565) | $ (38,928) |
| Add back (reverse) charges (income) pertaining to: | | |
| Share-based compensation | 1,878 | 4,409 |
| Income tax expense | 9 | 250 |
| Interest expense, net | 2,939 | 3,833 |
| Depreciation expense | 3,631 | 2,870 |
| Amortization of intangible assets | 863 | 863 |
| Changes related to fair value of warrant and other debt-related liabilities | (4,284) | 28,965 |
| Other EBITDA addbacks: | | |
| Grant cash receipts in excess of (less than) grant revenue recognized | 1,372 | (653) |
| Write-off of deferred offering costs | — | 434 |
| Non-GAAP Adjusted EBITDA | $ (9,157) | $ 2,043 |

## Operating Segments

FASB ASC Topic 280, *Segment Reporting,* establishes standards for reporting information about operating segments. This standard requires segmentation based on our internal organization and reporting of revenue and operating income based upon internal accounting methods. Operating segments are defined as components of an enterprise for which separate financial information is available that is evaluated regularly by the chief operating decision maker in deciding how to allocate resources and assess performance. Our three operating segments are Feature Films, Commercials and Animation. These segments are presented in the way we internally manage and monitor our performance. Our reporting systems present various data used by management to operate the business. However, certain expenses are not allocated to the various segments (primarily consisting of support staff salaries and benefits, fees for outside professional services, insurance costs, and utilities costs, all of which are included

in selling, general and administrative expenses), and thus a reconciliation is provided between the consolidated financial statements and the data related to the combined segments. Interest and other income are not allocated to the various segments, as the chief operating decision maker does not evaluate segment operations beyond the income (loss) from operations level.

Our digital production business (containing the segments of Feature Films and Commercials) has historically dominated our operations. The revenue for each of the segments is derived from external customers. A majority of all revenues have been generated in the United States from customers located in the United States.

The table below sets forth certain unaudited information regarding the results of operations of our segments for the periods indicated (in thousands):

26

Table of Contents

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2012 | 2011 |
| **Feature Films** | | |
| Revenues | $ 27,588 | $ 31,605 |
| Cost of revenues | 30,009 | 25,876 |
| Selling, general and administrative expenses | 137 | 355 |
| Operating income (loss) | $ (2,558) | $ 5,374 |
| **Commercials** | | |
| Revenues | $ 2,660 | $ 6,299 |
| Cost of revenues | 2,913 | 5,046 |
| Selling, general and administrative expenses | 218 | 98 |
| Operating income (loss) | $ (471) | $ 1,155 |
| **Animation** | | |
| Revenues | $ — | $ — |
| Cost of revenues | — | — |
| Selling, general and administrative expenses | — | — |
| Operating income | — | — |
| **Corporate & Other** | | |
| Revenues | $ 893 | $ 653 |
| Cost of revenues | — | — |
| Depreciation | 3,631 | 2,870 |
| Selling, general and administrative expenses (excluding stock-based compensation) | 8,746 | 5,987 |
| Stock-based compensation and share exchange expense | 1,878 | 4,409 |
| Amortization | 863 | 863 |
| Operating loss | $ (14,225) | $ (13,476) |
| **Consolidated** | | |
| Revenues | $ 31,141 | $ 38,557 |
| Cost of revenues | 32,922 | 30,922 |
| Depreciation | 3,631 | 2,870 |
| Selling, general and administrative expenses | 9,101 | 6,440 |
| Stock-based compensation and share exchange expense | 1,878 | 4,409 |
| Amortization | 863 | 863 |
| Operating loss | $ (17,254) | $ (6,947) |

27

Table of Contents

**Three Months Ended March 31, 2012 Compared to Three Months Ended March 31, 2011**

*Summary of operating results*

Our operating loss increased $10.3 million to $17.2 million for the three months ended March 31, 2012 from $6.9 million for the same period of the prior year. The gross profit, defined as revenues less cost of revenues, declined $9.4 million, primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Additional detail on the components included in our cost of revenues is provided below. Stock-based compensation

decreased from $4.4 million for the three months ended March 31, 2011 to $1.9 million for the three months ended March 31, 2012. Other selling, general and administrative ("S,G&A") expenses increased by $2.6 million over the prior period to $9.1 million for the three months ended March 31, 2012, primarily resulting from increased staffing and professional fees incurred during the three months ended March 31, 2012. Depreciation and amortization for the three months ended March 31, 2012 increased $0.8 million over the prior period.

Interest and other financing costs decreased $34.1 million to a credit of $1.3 million for the three months ended March 31, 2012 from an expense of $32.8 million for the same period of the prior year. The principal causes of this decrease included a $33.2 million decrease in the non-cash changes in fair value of warrant and other debt-related liabilities and a $1.4 million decrease in the amortization of debt discounts and deferred debt issue costs. The decrease in interest expense, partially offset by the increase in the operating loss, were the principal causes of an improvement of $23.3 million in the net loss before non-controlling interests for the three months ended March 31, 2012. The net losses before non-controlling interests were $15.6 million and $38.9 million for the three months ended March 31, 2012 and 2011, respectively. These variances are explained in greater detail below.

*Revenues*

Total revenues decreased $7.4 million to $31.1 million for the three months ended March 31, 2012 from $38.5 million for the same period of the prior year. This decrease was due primarily to a $4.3 million decrease in feature film revenues and a $3.4 million decrease in commercial revenues, partially offset by increases in grant and other revenues of $0.3 million.

Feature film revenues decreased to $27.5 million for the three months ended March 31, 2012, of which revenues from five features accounted for $23.9 million of this total. Feature film revenues for the three months ended March 31, 2011 were $31.8 million; revenues from four feature films accounted for substantially all of such revenues. The aggregate decrease is due to a larger number of smaller projects that were in production during the three months ended March 31, 2012.

Commercials revenues decreased to $2.7 million for the three months ended March 31, 2012 from $6.1 million for the same period of the prior year. In the three months ended March 31, 2011, we recognized $2.8 million from one large commercial project as well as another $2.3 million from four other substantial commercial projects. During the three months ended March 31, 2012, our four largest commercial projects generated $1.7 million of revenues. The aggregate decrease was due to a smaller number of projects completed during the three months ended March 31, 2012.

*Grant revenues from governmental sources*

During the three months ended March 31, 2012, we received $2.3 million of grant proceeds. We recognized grant revenue of $0.9 million and $0.7 million for the three months ended March 31, 2012 and 2011, respectively. In April 2011, we began the revenue recognition of grant income related to our grant from the City of West Palm Beach, Florida. During the three months ended March 31, 2012, we recognized $0.1 million from this grant. Effective January 1, 2012, we began to recognize revenue from the deferred land grant of $10.5 million from the City of Port St. Lucie related to the parcel of land where our new headquarters building is located. We moved into this building in December 2011. We recognized $0.1 million of grant revenues related to this deferred land grant during the three months ended March 31, 2011.

*Licensing and tuition revenues*

We recognized $0.1 million of licensing and tuition revenues during the three months ended March 31, 2012. There were no such revenues for the same period of the prior year.

*Cost of revenues*

The table below lists sets forth the components of cost of revenues (in thousands):

28

Table of Contents

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2012 | | 2011 | |
|  | Amount | % of Revenue | Amount | % of Revenue |
|  | (Unaudited) | | (Unaudited) | |
| Cost of Revenues: | | | | |
| Direct cost of revenues | $ 22,840 | 73.3% | $ 23,529 | 61.0% |
| Unutilized labor | 4,712 | 15.1% | 486 | 1.3% |
| Production and other costs | 5,370 | 17.3% | 6,907 | 17.9% |
| Total cost of revenues | $ 32,922 | 105.7% | $ 30,922 | 80.2% |

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents expenses related to the staff that we retain while we await the start of new projects. Production and other costs represent that portion of our overhead that is allocated to cost of revenues.

Our direct cost of revenues increased during the three months ended March 31, 2012 to 73% of revenue from 61% of revenue for the same period of the prior year. Of this 12% increase, 7% is due to the inclusion of co-production revenues related to Ender's Game of $2.2 million at 100% direct costs of revenues. During the three months ended March 31, 2011, the two largest projects generated $20.1 million of revenues at direct costs of revenues of 59%. During the three months ended March 31, 2012, the two largest projects generated $18.5 million of revenues at direct costs of revenues of 81%. Competitive pressures, product mix changes and other factors contributed to the remaining increase in the direct cost percentage

of revenues.

Our unutilized labor increased by $4.2 million to $4.7 million during the three months ended March 31, 2012 as compared to the same period of the prior year. We retained digital artists in anticipation of future projects, including those projects in which we are an equity investor. These costs were 15% and 1% of total revenues for the three months ended March 31, 2012 and 2011, respectively.

Our production and other costs decreased by $1.5 million during the three months ended March 31, 2012 to $5.4 million as compared to the same period of the prior year. These production and other costs as a percent of revenues were relatively constant at 17% and 18% for the three months ended March 31, 2012 and 2011, respectively.

*Depreciation expense*

The $0.8 million increase in depreciation expense during the three months ended March 31, 2012 as compared to the same period of the prior year is virtually all due to the growth of our fixed assets in our Florida operations. Of the total increase, $0.3 million was due to the depreciation of our new headquarters building that we moved into in December 2011. Additionally, we depreciated $0.2 million of assets for that new building in the three months ended March 31, 2012.

*Selling, general and administrative expenses ("S,G&A")*

The composition of the S,G&A expenses for the three months ended March 31, 2012 and 2010 are as follows (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| Share-based compensation expense: |  |  |
| Senior executive option grant | $   — | $ 3,255 |
| Other share-based compensation expense | 1,878 | 1,154 |
| Total share-based compensation expense | 1,878 | 4,409 |
| Payroll-realated expenses | 4,104 | 3,381 |
| Rent and occupancy costs | 1,613 | 1,130 |
| Professional fees | 1,551 | 790 |
| Other S,G&A expenses | 1,833 | 1,139 |
| Total S,G&A | $ 10,979 | $ 10,849 |

A decrease of $2.5 million in share-based compensation expense was offset by an increase in other S,G&A expenses of $2.7 million for a net increase of $0.2 million of S,G&A expenses for the three months ended March 31, 2012 as compared to the same period of the prior year.

29

Table of Contents

During the three months ended March 31, 2011, we granted stock options to the former Chief Executive Officer of our subsidiary DD to purchase shares of our Common Stock, which options vested immediately resulting in a charge of $3.3 million for that period. Other share-based compensation expense increased $0.8 million due to the increased number of participants in our 2010 Stock Plan.

Other S,G&A expenses increased by $2.7 million to $9.1 million in the three months ended March 31, 2012 from $6.4 million for the same period of the prior year. Payroll-related expenses increased by $0.7 million due to the growth in our operations. The increase in rent and occupancy costs aggregated $0.5 million, including increased operating costs to operate our new headquarters building of $0.3 million compared to the leased facility during the prior year period. Professional fees increased by $0.8 million, primarily due to increases in accounting and legal fees in connection with being a public company as we prepared and filed our first Annual Report during the three months ended March 31, 2012. Other operating expenses increased by $0.7 million.

*Interest Expense (Credit)*

We recognize two types of interest expense. These types include the interest expense that is paid in cash, such as interest on our notes payable and on our capital lease and government lease obligations. We also recognize non-cash interest expense (credit), such as for the issuances of and changes in the fair value of warrant liabilities, amortization of debt discounts and deferred debt issuance costs and losses on debt extinguishments. The composition of interest expense (credit) for the three months ended March 31, 2012 and 2011 is as follows (in thousands):

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| Cash-based interest expense: |  |  |
| Interest expense on notes payable | $ 670 | $ 502 |
| Interest expense on capital and governmental lease obligations | 670 | 318 |
| Total cash-based interest expense | 1,340 | 820 |
| Non-cash based interest expense (credit): |  |  |
| Changes in fair value of warrant and other debt-related liabilities | (4,284) | 28,965 |

| | | |
|---|---:|---:|
| Amortization of discount and issuance costs on notes payable | 1,599 | 3,013 |
| Total non-cash-based interest expense (credit) | (2,685) | 31,978 |
| Net interest expense (credit) | $ (1,345) | $ 32,798 |

The total cash-based interest expense increased by $0.5 million and the non-cash interest expense decreased by $34.7 million for a net decrease in interest expense of $34.1 million for the three months ended March 31, 2012 as compared to the same period of the prior year.

Interest expense on notes payable increased by $0.2 million in the three months ended March 31, 2012 as compared to the same period of the prior year due to higher interest rates. During the three months ended March 31, 2011, most of the approximately $30.0 million of our indebtedness carried a 6.5% per annum interest rate. During the three months ended March 31, 2012, the approximately $27.4 million of Comvest debt carried a weighted average of a 10.0% per annum interest rate.

The interest expense on capital and governmental leases increased by $0.3 million in the three months ended March 31, 2012 as compared to the same period of the prior year. This was due to the interest we pay on the government lease obligation.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the three months ended March 31, 2012, we recognized a non-cash reduction in the fair value of warrant liabilities of $4.3 million, primarily due to the decrease in the trading price of our Common Stock. During the three months ended March 31, 2011, we sold 2,025,001 of shares of our Common Stock at $9.63 per share. We issued certain warrants to the purchasers of these shares. During that period, we recognized a non-cash charge of $29.0 million for the issuance of these warrants, the increased number of warrants granted due to anti-dilution protection of existing warrants and the increase in the fair value of our Common Stock.

*Amortization of discount and issuance costs on notes payable*

During the three months ended March 31, 2012 and 2011, we amortized debt discounts of $1.6 million and $3.1 million, respectively. The decrease in amortized debt discounts was due to the write off of existing debt discounts and deferred debt issue costs in the fourth quarter of 2011 for the Palm Beach Capital loans. The Comvest loans had relatively lower level of debt discounts and deferred debt issue costs that were amortized in the three months ended March 31, 2012 as compared to the loans that existed during the three months ended March 31, 2011.

30

Table of Contents

*Other income*

Other income decreased by $0.7 million to $0.4 million for the three months ended March 31, 2012 as compared to $1.1 million during the same period of the prior year. During the three months ended March 31, 2011 a third-party wanted to occupy the space occupied by our Digital Domain subsidiary in Venice, California. That third-party paid Digital Domain to vacate the space, and we recognized $1.0 million of this revenue during the three months ended March 31, 2011.

*Income taxes*

During the three months ended March 31, 2011, we recognized certain Canadian tax liabilities aggregating $0.3 million. There was no such recognition during the three months ended March 31, 2012.

*Net loss attributable to non-controlling interests*

During the three months ended March 31, 2012, the net loss of our subsidiary DD was $5.2 million. During the same period of the prior year, DD realized net income of $1.0 million. The portions of DD not owned by us during these same periods were 13.3% and 19.0%, respectively. Therefore, the net loss attributable to non-controlling interests related to DD was $0.7 million during the three months ended March 31, 2012. The net income attributable to non-controlling interests related to DD for the three months ended March 31, 2011 was $0.2 million.

Another subsidiary, DDI, received initial financing in July and August of 2011. During the three months ended March 31, 2012, DDI realized a net loss of $0.5 million. The portion of DDI not owned by us during this period was 9.9%. Therefore, the net loss attributable to non-controlling interests related to DDI was $0.1 million.

**Liquidity and Capital Resources**

As of March 31, 2012, we had a deficit in working capital of $33.4 million.

Our principal sources of liquidity at March 31, 2012 consisted of cash and cash equivalents of $2.5 million, cash held in trust of $6.6 million, contract receivables of $4.9 million and other receivables of $5.0 million. We had a $15.6 million loss before non-controlling interests, and we used $21.8 million to fund cash flows from operations for the three months ended March 31, 2012. As of March 31, 2012 we had $19.8 million in Stockholders' Equity. Much of our use of cash from operations in the first three months of 2012 stemmed from our implementation of our plans to participate in the ownership of live-action feature films, our development of our animation studio and the launch of our school. These businesses did not