# Exhibit E

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED JUNE 30, 2012

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from         to

Commission file number: 001-35325

# Digital Domain Media Group, Inc.
(Exact name of registrant as specified in its charter)

| Florida | 27-0449505 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**10250 SW Village Parkway**
**Port St. Lucie, FL 34987**
(Address of principal executive offices)
(Zip Code)

**(772) 345-8000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☐  No ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (. § 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).  Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐  No ☒

At August 14, 2012, there were 43,563,481 shares of Digital Domain Media Group, Inc.'s common stock outstanding.

|  |  |  |
|---|---:|---:|
| Depreciation and amortization of property and equipment and intangible assets | 9,484 | 7,401 |
| Amortization of discount on and issuance costs of notes payable | 3,586 | 6,558 |
| Interest added to principal on notes payable | 271 | 124 |
| Changes related to fair value of warrant and other debt - related liabilities | (700) | 75,260 |
| Loss on debt extinguishments | 7,016 | 2,226 |
| Stock-based compensation | 6,428 | 14,604 |
| Interest on government obligations | 517 | 104 |
| Decrease in earn out liability | (458) | — |
| Changes in operating assets and liabilities: |  |  |
| Contracts receivable | (6,116) | (759) |
| Prepaid expenses and other assets | 208 | (2,861) |
| Film inventory | (22,433) | (749) |
| Accounts payable and accrued liabilities | 13,691 | (105) |
| Advance payments and deferred revenue | 7,272 | (10,664) |
| Deferred revenue from governmental entities | (657) | 4,575 |
| Unearned revenue | (163) | — |
| Net cash used in operating activities | (34,342) | (16,337) |
| Cash flows from investing activities: |  |  |
| Purchases of property and equipment | (5,879) | (10,061) |
| Changes in restricted cash | — | 907 |
| Net cash used in investing activities | (5,879) | (9,154) |
| Cash flows from financing activities: |  |  |
| Proceeds from sale of common stock | 10,500 | 22,001 |
| Proceeds from issuance of notes payable | 46,000 | 4,000 |
| Exercise of Series B preferred stock put | — | (5,000) |
| Payments of stock issuance costs | (158) | (2,245) |
| Deferred offering costs paid | — | (2,641) |
| Repayments on notes payable | (27,770) | (554) |
| Payments on capital and governmental lease obligations | (2,440) | (717) |
| Payments of debt issuance costs | (3,209) | (63) |
| Purchase of treasury stock | (5,712) | — |
| Net cash provided by financing activities | 17,211 | 14,781 |
| Effect of exchange rates on cash and cash equivalents | 181 | 33 |
| Net decrease in cash and cash equivalents | (22,829) | (10,677) |
| Cash and cash equivalents at beginning of period | 29,413 | 11,986 |
| Cash and cash equivalents at end of period | $ 6,584 | $ 1,309 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

4

Table of Contents

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In Thousands)**

|  | Six Months Ended June 30, | |
|---|---:|---:|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| **Supplemental disclosure of cash flow information - cash paid during the period for:** |  |  |
| Interest | $ 543 | $ 1,072 |
| **Non-cash investing and financing activities:** |  |  |
| Warrants issued as compensation in connection with financings and other transactions | 30,014 | 2,000 |
| Unamortized debt discounts eliminated upon debt extinguishments | 6,004 | 3,429 |
| Write-off of deferred debt issue costs upon debt extinguishments | 1,940 | — |
| Write-off of warrant and other debt-related liabilities upon debt extinguishments | 1,876 | — |
| Debt discounts established after debt extinguishments | (2,804) | (1,204) |
| Increase in debt from debt restructuring | 2,380 | — |
| Deferred offering costs included in accounts payable and accrued liabilities at period end | 450 | 348 |
| Purchase of property and equipment in accounts payable at period end | 717 | 1,417 |
| Purchase of property and equipment with assets held in trust | — | 20,997 |
| Amortization of discount on bond obligation | 195 | 41 |
| Bond interest capitalized to construction-in-progress | — | 864 |
| Shares issued from exchange of subsidiary shares | 3,297 | 50 |
| Shares issued from deposits collected in the prior period | — | 60 |
| Stock issued not collected | — | 23 |
| Private placement costs in accounts payable at period end | — | 280 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

5

Table of Contents

## DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES
## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)

### 1. COMPANY BACKGROUND AND OVERVIEW

**Description of Business** — Digital Domain Media Group, Inc., formerly known as Digital Domain Holdings Corporation and Wyndcrest DD Florida, Inc., a Florida corporation incorporated on January 7, 2009 (the "Inception Date"), and subsidiaries (collectively, "Digital Domain Media Group" or the "Company") is a digital production and animation company focused on the creation of original content animation feature films and the development of computer-generated imagery, including three-dimensional stereoscopic ("3D") imagery, for large-scale feature films and transmedia advertising.

On November 18, 2011, the Company completed its initial public offering of its common stock. The Company sold 4.92 million shares of its common stock at an initial public offering price of $8.50 per share. The gross proceeds received in the offering totaled $41.8 million, before deducting commissions and other then unpaid offering costs of $4.4 million. The common stock is listed on the New York Stock Exchange under the ticker symbol "DDMG".

**Liquidity and Capital Resources** — The Company has a history of losses, including a $52.3 million and $144.2 million net loss before non-controlling interests, respectively, for the six months ended June 30, 2012 and the year ended December 31, 2011, respectively. The Company has a limited operating history, had negative working capital of $42.8 million and a stockholders' deficit of $9.8 million as of June 30, 2012. For the six months ended June 30, 2012 and the year ended December 31, 2011, the Company used $34.3 million and $44.4 million, respectively, in cash flows from operations. The Company has worked to improve its working capital and its cash flow shortfalls through equity and debt funding. The Company raised gross proceeds of $19.5 million in equity capital in a private placement in February and March 2011, gross proceeds of $26.0 million in another private placement consummated in August 2011, and gross proceeds of $41.8 million in its initial public offering completed in November 2011. Additionally, upon completion of the IPO, convertible debt and warrants representing $94.0 million of debt and warrant liabilities reflected on the Company's balance sheet were automatically converted or exercised, as applicable, into the Company's common stock. In June 2012, the Company raised gross proceeds of $10.5 million of equity capital in a private placement.

### 2. COLLABORATIVE ARRANGEMENTS

*Joint Marketing VFX Services Agreement*

*Reliance MediaWorks ("RMW") Redefined VFX Production Services and New Licensing Agreements*

On August 1, 2012, RMW and DDMG redefined their previous agreement to include a contract for RMW to train Indian visual effects professionals to staff the new production studio that DDMG is developing in Abu Dhabi. The companies will continue to collaborate on visual effects and 2D-to-3D conversion services work for feature films; however, DDMG will compensate RMW on the basis of work performed, without the guaranteed minimum included in the prior agreement. Terms of the new agreement allow DDMG to reduce its unutilized labor expense moving forward. Additionally, under the new partnership, RMW also licensed DDMG's technology patents covering 2D-to-3D conversion for $3.2 million.

Previously, on July 8, 2011 Digital Domain Productions, Inc. ("DDPI"), a wholly owned subsidiary of our subsidiary Digital Domain, entered into a Joint Marketing and Production VFX Services Agreement with RelianceMediaWorks Limited, a film and entertainment services company headquartered in Mumbai, India. The term of this agreement was to be three years, subject to Digital Domain Productions, Inc.'s option to extend for a fourth year. Pursuant to the terms of this agreement, RMW was responsible for creating and staffing studio facilities in both Mumbai and London, England, through which DDPI was to provide VFX services to its clients worldwide. In consideration of RMW's obligation to provide Digital Domain Productions, Inc. with turnkey studio facilities in these two cities, DDPI had agreed to guarantee to RMW specified minimum monthly levels of production revenues generated at these facilities from DDPI's VFX projects.

From the inception of these agreements through June 30, 2012, the Company recognized $7.4 million in expense, including $4.7 million expensed during the six months ended June 30, 2012. Through that date, we had paid $2.9 million to RMW and the remaining $4.5 million is included in accounts payable and accrued liabilities on the accompanying condensed consolidated balance sheet.

*Co-Production in Feature Film Project*

On February 15, 2011, the Company entered into an Investment and Production Agreement with Ender's Game Holdings LLC ("EGH") and OddLot Entertainment LLC ("OLE") effective as of April 18, 2011, to provide financing and production services to co-produce the VFX action movie *Ender's Game*. Principal photography for *Ender's Game* began February 27, 2012, in New Orleans. The picture has a production budget slightly in excess of $100 million and is scheduled for theatrical release in the fall of 2013. Distribution services are to be provided by Summit Entertainment. As of June 30, 2012 the Company had provided $17.2 million in financing, which is included in film inventory on the accompanying condensed consolidated balance sheet. See Note 10 for further discussion.

6

these receipts are reflected on a cash basis. Items (1) through (7) are excluded from net income (loss) internally when evaluating our operating performance. Item (8) is included as we believe this adjustment for grant receipts is indicative of our core operating performance both because it reflects our ability to secure and receive grant receipts in a given period and because such receipts are matched with the expenses associated with initiating the business operations that those grant receipts were designed, in part, to offset. Management believes Non-GAAP Adjusted EBITDA allows investors to make a more meaningful comparison between our operating results over different periods of time, as well as with those of other companies in our industry, because it both includes grant receipts from government agencies and excludes items such as interest expense and other adjustments related to financing activities that we believe are not representative of our operating performance.

We believe that Non-GAAP Adjusted EBITDA, which is a non-GAAP financial measure, when viewed with our results under U.S. GAAP and the accompanying reconciliations, provides useful information about our operating performance and period-over-period growth, and provides additional information that is useful for evaluating our operating performance. Additionally, we believe that Non-GAAP Adjusted EBITDA provides a more meaningful comparison of our operating results against those of other companies in our industry, as well as on a period-to-period basis, because this measure both includes grant receipts from government agencies and matches such receipts with the expenses that those grant receipts were designed, in part, to offset and excludes items that are not representative of our operating performance, such as the fair value adjustments associated with our historical financings as a private company. We believe that including these costs and excluding cash grant receipts in our results of operations results in a lack of comparability between our operating results and those of our peers in the industry, the majority of which do not have comparable start-up costs or amortization costs related to intangible assets. However, Non-GAAP Adjusted EBITDA is not a measure of financial performance under U.S. GAAP and, accordingly, should not be considered as an alternative to net income (loss) as an indicator of operating performance.

25

Table of Contents

A reconciliation of net loss, a U.S. GAAP measure, to Non-GAAP Adjusted EBITDA, is provided in "Results of Operations" presented below.

**Results of Operations**

The following table sets forth certain information regarding the Company's unaudited condensed consolidated results of operations for the three and six months ended June 30, 2012 and 2011 (in thousands):

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
|  | (Unaudited) | | (Unaudited) | |
| Revenues: | | | | |
| Revenues | $ 28,707 | $ 21,496 | $ 58,865 | $ 59,400 |
| Grant revenues from governmental agencies | 879 | 808 | 1,757 | 1,461 |
| Licensing revenue | 3,290 | — | 3,380 | — |
| Tuition revenue | 89 | — | 104 | — |
| Total revenues | 32,965 | 22,304 | 64,106 | 60,861 |
| Costs and expenses: | | | | |
| Cost of revenues, excluding depreciation and amortization | 34,136 | 18,660 | 67,058 | 49,582 |
| Depreciation expense | 4,128 | 2,806 | 7,759 | 5,676 |
| Selling, general and administrative expenses | 16,767 | 20,768 | 27,746 | 31,617 |
| Amortization of intangible assets | 862 | 862 | 1,725 | 1,725 |
| Total costs and expenses | 55,893 | 43,096 | 104,288 | 88,600 |
| Operating loss | (22,928) | (20,792) | (40,182) | (27,739) |
| Other income (expenses): | | | | |
| Interest and finance (expense) credit: | | | | |
| Issuance of and changes in fair value of warrant and and other debt-related liabilities | (3,584) | (46,295) | 700 | (75,260) |
| Amortization of discount and issuance costs on notes payable | (1,987) | (3,545) | (3,586) | (6,558) |
| Losses on debt extinguishments | (7,016) | (2,226) | (7,016) | (2,226) |
| Interest expense on notes payable | (925) | (708) | (1,595) | (1,210) |
| Interest expense on capital and governmental lease obligations | (658) | 6 | (1,328) | (312) |
| Other income (expense), net | 375 | 437 | 728 | 1,504 |
| Loss before income taxes | (36,723) | (73,123) | (52,279) | (111,801) |
| Income tax expense | — | — | 9 | 250 |
| Net loss before non-controlling interests | (36,723) | (73,123) | (52,288) | (112,051) |
| Net loss attributable to non-controlling interests | 825 | 1,264 | 1,558 | 1,067 |
| Net loss attributable to common stockholders | $ (35,898) | $ (71,859) | $ (50,730) | $ (110,984) |
| | | | | |
| Non-GAAP Adjusted EBITDA | $ (9,292) | $ (2,550) | $ (18,449) | $ (507) |

A reconciliation of net loss before non-controlling interests, a U.S. GAAP measure, to Non-GAAP Adjusted EBITDA, a non-GAAP measure, is presented in the table below (in thousands):

26

Table of Contents

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
|  | (Unaudited) | | (Unaudited) | |
| Net loss before non-controlling interests | $ (36,723) | $ (73,123) | $ (52,288) | $ (112,051) |
| Add back (reverse) charges (income) pertaining to: | | | | |
| Losses on debt extinguishment | 7,016 | 2,226 | 7,016 | 2,226 |
| Share-based compensation | 4,550 | 10,195 | 6,428 | 14,604 |
| Income tax expense | — | — | 9 | 250 |
| Interest expense, net | 3,570 | 4,247 | 6,509 | 8,080 |
| Depreciation expense | 4,128 | 2,806 | 7,759 | 5,676 |
| Amortization of intangible assets | 862 | 862 | 1,725 | 1,725 |
| Changes related to fair value of warrant and other debt-related liabilities | 3,584 | 46,295 | (700) | 75,260 |
| Other EBITDA addbacks: | | | | |
| Grant cash receipts in excess of (less than) grant revenue recognized | (879) | 3,942 | 493 | 3,289 |
| Settlement of litigation | 4,600 | — | 4,600 | — |
| Write-off of deferred offering costs | — | — | — | 434 |
| Non-GAAP Adjusted EBITDA | $ (9,292) | $ (2,550) | $ (18,449) | $ (507) |

**Operating Segments**

FASB ASC Topic 280, *Segment Reporting,* establishes standards for reporting information about operating segments. This standard requires segmentation based on our internal organization and reporting of revenue and operating income based upon internal accounting methods. Operating segments are defined as components of an enterprise for which separate financial information is available that is evaluated regularly by the chief operating decision maker in deciding how to allocate resources and assess performance. Our three operating segments are Feature Films, Commercials and Animation. These segments are presented in the way the Company internally manages and monitors our performance. Our reporting systems present various data used by management to operate the business. However, certain expenses are not allocated to the various segments (primarily consisting of support staff salaries and benefits, fees for outside professional services, insurance costs, and utilities costs, all of which are included in selling, general and administrative expenses), and thus a reconciliation is provided between the consolidated financial statements and the data related to the combined segments. Interest and other income are not allocated to the various segments, as the chief operating decision maker does not evaluate segment operations beyond the income (loss) from operations level.

Our digital production business (containing the segments of Feature Films and Commercials) has historically dominated our operations. The revenue for each of the segments is derived from external customers. A majority of all revenues have been generated in the United States from customers located in the United States.

The table below sets forth certain unaudited information regarding the results of operations of our segments for the three and six months ended June 30, 2012 and 2011 (in thousands):

27

Table of Contents

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
|  | (Unaudited) | | (Unaudited) | |
| **Feature Films** | | | | |
| Revenues | $ 21,606 | $ 15,482 | $ 49,194 | $ 47,087 |
| Cost of revenues | 26,435 | 13,296 | 56,444 | 39,172 |
| S,G&A | 49 | 371 | 186 | 726 |
| Operating income | $ (4,878) | $ 1,815 | $ (7,436) | $ 7,189 |
| **Commercials** | | | | |
| Revenues | $ 7,101 | $ 6,014 | $ 9,671 | $ 12,313 |
| Cost of revenues | 7,701 | 5,364 | 10,614 | 10,410 |
| S,G&A | 141 | 154 | 359 | 252 |
| Operating income (loss) | $ (741) | $ 496 | $ (1,302) | $ 1,651 |
| **Animation /Content** | | | | |
| Revenues | $ — | $ — | $ — | $ — |

| | | | | |
|---|---:|---:|---:|---:|
| Cost of revenues | — | — | — | — |
| S,G&A | — | — | — | — |
| Operating income | $ — | $ — | $ — | $ — |
| | | | | |
| **Corporate & Other** | | | | |
| Revenues | $ 4,258 | $ 808 | $ 5,241 | $ 1,461 |
| Cost of revenues | — | — | — | — |
| Depreciation, excluding depreciation and amortization | 4,128 | 2,806 | 7,759 | 5,676 |
| S,G&A (excluding stock-based compensation) | 12,027 | 10,048 | 20,773 | 16,035 |
| Stock-based compensation and share exchange expense | 4,550 | 10,195 | 6,428 | 14,604 |
| Amortization | 862 | 862 | 1,725 | 1,725 |
| Operating loss | $ (17,309) | $ (23,103) | $ (31,444) | $ (36,579) |
| | | | | |
| **Consolidated** | | | | |
| Revenues | $ 32,965 | $ 22,304 | $ 64,106 | $ 60,861 |
| Cost of revenues | 34,136 | 18,660 | 67,058 | 49,582 |
| Depreciation, excluding depreciation and amortization | 4,128 | 2,806 | 7,759 | 5,676 |
| S,G&A (excluding stock-based compensation) | 12,217 | 10,573 | 21,318 | 17,013 |
| Stock-based compensation and share exchange expense | 4,550 | 10,195 | 6,428 | 14,604 |
| Amortization | 862 | 862 | 1,725 | 1,725 |
| Operating income (loss) | $ (22,928) | $ (20,792) | $ (40,182) | $ (27,739) |

28

Table of Contents

**Three Months Ended June 30, 2012 Compared to Three Months Ended June 30, 2011**

*Summary of operating results*

The operating loss increased $2.1 million to $22.9 million for the three months ended June 30, 2012 from $20.8 million for the same period of the prior year. The gross margin, defined as revenues less cost of revenues, declined $4.8 million, primarily due to an increase in the direct costs of production as a result of competitive and other pressures. Additional detail on the components included in our cost of revenues is provided below. Stock-based compensation decreased from $10.2 million to $4.6 million. Other selling, general and administrative ("S,G&A") expenses increased by $1.6 million over the prior period to $12.2 million. Depreciation and amortization increased $1.3 million over the prior period.

Interest and other financing costs decreased $38.6 million to $14.2 million for the three months ended June 30, 2012 from $52.8 million for the same period of the prior year. The principal causes of this decrease included a $42.7 million decrease in the non-cash changes in fair value of warrant and other debt-related liabilities and a $1.6 million decrease in the amortization of debt discounts and deferred debt issue costs. These decreases were partially offset by an increase in losses on debt extinguishments of $4.8 million.

The decrease in interest expense, partially offset by the increase in the operating loss, was the principal causes of an improvement of $36.4 million in the net loss before non-controlling interests for the three months ended June 30, 2012. The net losses before non-controlling interests were $36.7 million and $73.1 million for the three months ended June 30, 2012 and 2011, respectively. These variances are explained in greater detail below.

*Revenues*

Total revenues increased $10.7 million to $33.0 million for the three months ended June 30, 2012 from $22.3 million for the same period of the prior year. This increase was due to a $6.1 million increase in feature film revenues, a $3.3 million increase in licensing revenues, a $1.1 million increase in commercial revenues and an increase in grant and other revenues of $0.2 million.

Feature film revenues increased to $21.6 million for the three months ended June 30, 2012, of which revenues from eight features accounted for virtually all of this total. Feature film revenues for the three months ended June 30, 2011 aggregated $15.5 million, of which revenues from five feature films accounted for virtually this entire total.

Commercials revenues increased to $7.1 million for the three months ended June 30, 2012 from $6.0 million for the same period of the prior year. In the three months ended June 30, 2012, we recognized revenue from 11 projects of which one project represented 44.1% of the total. In the three months ended June 30, 2011, we recognized $1.7 million from one relatively large commercial project as well as another $3.0 million from eight other substantial commercial projects.

*Grant revenues from governmental sources*

Grant revenues from governmental sources increased by $0.1 million during the three months ended June 30, 2012 as compared to the corresponding period of the prior year. Effective January 1, 2012, we began to recognize revenue from the deferred land grant of $10.5 million from the City of Port St. Lucie related to the parcel of land where our new headquarters building is located. We moved into this building in December 2011. We recognized $0.1 million of grant revenues related to this deferred land grant during the three months ended June 30, 2012.

*Licensing and tuition revenues*

We recognized $3.4 million of licensing and tuition revenues during the three months ended June 30, 2012. This amount included a one-time licensing fee of $3.2 million from one customer for use of our proprietary products. There were no such revenues for the same period of the prior year.

*Cost of revenues*

The table below lists sets forth the components of cost of revenues (in thousands):

|  | Three Months Ended June 30, | | | |
|---|---|---|---|---|
|  | 2012 | | 2011 | |
|  | Amount (Unaudited) | % of Total Revenue | Amount (Unaudited) | % of Total Revenue |
| Cost of Revenues: | | | | |
| Direct cost of revenues | $ 22,164 | 67.2% | $ 15,132 | 67.8% |
| Unutilized labor | 4,355 | 13.2% | 2,125 | 9.5% |
| Production and other costs | 7,617 | 23.2% | 1,403 | 6.4% |
| Total cost of revenues | $ 34,136 | 103.6% | $ 18,660 | 83.7% |

29

Table of Contents

Our direct cost of revenues represents the labor required to deliver projects to customers. Unutilized labor represents expenses related to the staff that we retain while we await the start of new projects. Production and other costs represent that portion of our overhead that is allocated to cost of revenues.

Our direct cost of revenues increased during the three months ended June 30, 2012 and 2011 were 67.2% and 67.8% of revenues. Absent the one-time licensing fee of $3.2 million recognized during the three months ended June 30, 2012, our direct costs of revenues increased to 74.5% of revenues. Of this 6.7% increase, 3.5% is due to the inclusion of co-production revenues of $3.6 million with 100% direct costs of revenues. During the three months ended June 30, 2012, our largest project generated $6.5 million of revenues with direct costs of revenues of 111.6%. During the three months ended June 30, 2011, our largest project generated $8.5 million of revenues with direct costs of revenues of 60.5%. Competitive pressures, product mix changes and other factors contributed to the remaining increase in the direct cost percentage of revenues.

Our unutilized labor increased $2.2 million to $4.4 million during the three months ended June 30, 2012 as compared to the same period of the prior year. We retained digital artists in anticipation of future projects, including those projects in which we are an equity investor. Unutilized labor costs were 13.2% and 9.5% of total revenues for the three months ended June 30, 2012 and 2011, respectively.

Our production and other costs increased $6.2 million during the three months ended June 30, 2012 to $7.6 million as compared to the same period of the prior year. These production and other costs as a percent of revenues were 23.2% and 6.4% of total revenues for the three months ended June 30, 2012 and 2011, respectively. This increase was related primarily to costs for a major project. We are recognizing these costs as incurred while revenues related to these costs will not be realized until a point in the future.

*Depreciation expense*

The $1.3 million increase in depreciation expense in the three months ended June 30, 2012 as compared to the same period of the prior year is virtually all due to the growth of our fixed assets in our Florida operations. Of the total increase, $0.3 million was due to the depreciation of our new headquarters building that we moved into in December 2011. Additionally, we depreciated $0.2 million of assets for that new building in the three months ended June 30, 2012. The remainder of the increase is due to general growth in our operations.

*Selling, general and administrative expenses ("S,G&A")*

The composition of the S,G&A expenses for the three months ended June 30, 2012 and 2011 are as follows (in thousands):

|  | Three Months Ended June 30, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| Share-based compensation expense: | | |
| Senior executive option grant | $ — | $ 128 |
| Chief executive officer option grant | — | 2,502 |
| Stock exchanges of subsidiary stock | — | 6,498 |
| Warrants issued to service providers | 2,362 | — |
| Other share-based compensation expense | 2,188 | 1,067 |
| Total share-based compensation expense | 4,550 | 10,195 |
| Payroll- related expenses | 3,166 | 5,464 |
| Rent and occupancy costs | 1,368 | 1,991 |
| Professional fees | 5,613 | 1,018 |
| Other S,G&A expenses | 2,070 | 2,100 |
| Total S,G&A | $ 16,767 | $ 20,768 |

A decrease of $5.6 million in share-based compensation expense, partially offset by an increase in other S,G&A expenses of $1.6 million resulted in a total decrease of $4.0 million of S,G&A expenses for the three months ended June 30, 2012 as compared to the same period of the prior year.

In April of 2012, the Company issued four awards to acquire common stock in connection with the Company's activities in the Middle East region. As these warrants related to activities already conducted, the Company recognized an expense of $2.4 million as stock based compensation expense during the three months ended June 30, 2012.

During the three months ended June 30, 2011, our Chief Executive Officer was issued options to purchase shares of Digital Domain and we recognized a compensation charge of $2.5 million for this option grant. Additionally, the Chief Executive Officer exercised this option and exchanged the shares of Digital Domain for shares of the Company's common stock. We recognized a charge of $6.5

30

Table of Contents

million related to this exchange. Other share-based compensation expense increased $1.1 million due to the increased number of participants.

Other S,G&A expenses increased $1.6 million to $12.2 million in the three months ended June 30, 2012 from $10.6 million for the same period of the prior year. On August 2, 2012, we reached settlement with Carl Stork, the former Digital Domain Chief Executive Officer and director, whereby we are to pay $5.0 million to Mr. Stork. We had previously accrued $0.4 million. Accordingly, we recognized $4.6 million of additional legal expense during the three months ended June 30, 2012. Other decreases were primarily due to an increase in the costs allocated to unutilized labor and production and other costs within cost of revenues. Payroll-related expenses decreased $2.3 million due to an increase of these expenses classified as unutilized labor and other production costs within costs of revenue.

*Interest Expense*

We recognize two types of interest expense. These types include the interest expense that is paid in cash, such as interest on our notes payable and on our capital lease and government lease obligations. We also recognize non-cash interest expense, such as for the issuances of and changes in the fair value of warrant liabilities, amortization of debt discounts and deferred debt issuance costs and losses on debt extinguishments. The composition of interest expense for the three months ended June 30, 2012 and 2011 is as follows (in thousands):

|  | Three Months Ended June 30, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (Unaudited) | |
| Cash-based interest expense: |  |  |
| Interest expense on notes payable | $ 925 | $ 708 |
| Interest expense on capital and governmental lease obligations | 658 | (6) |
| Total cash-based interest expense | 1,583 | 702 |
| Non-cash based interest expense: |  |  |
| Changes in fair value of warrant and other debt-related liabilities | 3,584 | 46,295 |
| Amortization of discount and issuance costs on notes payable | 1,987 | 3,545 |
| Losses on debt extinguishments | 7,016 | 2,226 |
| Total non-cash-based interest expense | 12,587 | 52,066 |
| Net interest expense | $ 14,170 | $ 52,768 |

The total cash-based interest expense increased $0.9 million and the non-cash interest expense decreased $39.5 million for a net decrease in interest expense of $38.6 million for the three months ended June 30, 2012 as compared to the same period of the prior year.

Interest expense on notes payable increased $0.2 million for the three months ended June 30, 2012 as compared to the same period of the prior year, primarily due to increased level of indebtedness.

The interest expense on capital and governmental leases increased $0.7 million in the three months ended June 30, 2012 as compared to the same period of the prior year. This was due to the interest we pay on the government bond obligation.

*Changes in fair value of warrant and other debt-related liabilities*

We recognize warrant liabilities for warrants issued in connection with various debt transactions. These warrants are recorded initially at fair value and are adjusted to fair value at each financial reporting date. These fair values are obtained from a third-party independent valuation firm.

During the three months ended June 30, 2012 and 2011, we recognized an increase in the fair value of warrant liabilities of $3.6 million and $46.3 million, respectively. These increases were due primarily to an increase in fair value of our common stock, as well as additional warrants issued.

*Amortization of discount and issuance costs on notes payable*

During the three months ended June 30, 2012 and 2011, we amortized debt discounts of $2.0 million and $3.5 million, respectively. This decrease was due to the write off of existing debt discounts and deferred debt issue costs in the fourth quarter of 2011 for the Palm Beach Capital loans. The Comvest loans, the Senior Notes and the Subordinated Note had relatively lower level of debt discounts and deferred debt issue costs that were amortized in the three months ended June 30, 2012 as compared to the loans that existed during the three months ended June 30, 2011.

Table of Contents

*Losses on debt extinguishments*

Upon payoff of the Comvest loans on May 7, 2012 (see Note 13 to our condensed consolidated financial statements), we wrote off $1.9 million of unamortized deferred debt issue costs, $6.0 million of unamortized debt discounts and $1.9 million of a net asset position in our warrant liabilities. These losses were partially offset by a credit of $2.8 million to discount the Subordinated Note to fair value (see Note 13 to our Condensed Consolidated Financial Statements) for a net loss on debt extinguishments of $7.0 million.

During the three months ended June 30, 2011, the convertible note payable issued to a Palm Beach Capital fund was modified to extend the voluntary conversion feature from June 30, 2011 to December 20, 2011. This modification was accounted for as a debt extinguishment. The principal amount of the loan at the date was $4.3 million and the unamortized discount on the loan was $3.4 million. Therefore, the carrying value of the loan before the modification was $0.9 million. Upon modification, the fair value of the loan was $3.1 million. Consequently, we recognized a loss on debt extinguishment of $2.2 million to adjust the carrying value of the loan to fair value.

*Other income*

Other income was $0.4 million for the three months ended June 30, 2012 and 2011.

*Income taxes*

We recognized no tax expense for both of three months ended June 30, 2012 and 2011.

*Net loss attributable to non-controlling interests*

During the three months ended June 30, 2012 and 2011, the net loss of the Company's subsidiary Digital Domain ("DD") was $6.1 million and $6.7 million, respectively. The portions of DD not owned by us during these same periods were 13.3% and 19.0%, respectively. Therefore, the net loss attributable to non-controlling interests related to DD was $0.8 million and $1.3 million during the three months ended June 30, 2012 and 2011, respectively.

Another subsidiary, Digital Domain Institute ("DDI"), was funded in July and August of 2011. During the three months ended June 30, 2012, DDI realized a net loss of $1.0 million. The portion of DDI not owned by us during this period was 0.7%. Therefore, the Company did not attribute a significant loss of DDI to non-controlling interests.

Table of Contents

**Six Months Ended June 30, 2012 Compared to Six Months Ended June 30, 2011**

*Summary of operating results*

The operating loss increased $12.5 million to $40.2 million for the six months ended June 30, 2012 from $27.7 million for the same period of the prior year. The gross margin, defined as revenues less cost of revenues, declined $14.2 million, primarily due to increases in unutilized labor as we elected to maintain our trained and experienced work force and infrastructure in anticipation of future projects, including those projects in which we hold an ownership stake. Additional detail on the components included in our cost of revenues is provided below. Stock-based compensation decreased from $14.6 million to $6.4 million. Other selling, general and administrative ("S,G&A") expenses increased by $4.4 million over the prior period to $21.3 million. Depreciation and amortization increased $2.1 million over the prior period.

Interest and other financing costs decreased $72.7 million to $12.8 million for the six months ended June 30, 2012 from $85.5 million for the same period of the prior year. The principal causes of this decrease included a $76.0 million decrease in the non-cash changes in fair value of warrant and other debt-related liabilities and a $3.0 million decrease in the amortization of debt discounts and deferred debt issue costs. These decreases were partially offset by an increase in losses on debt extinguishments of $4.8 million.

The decrease in interest expense, partially offset by the increase in the operating loss, was the principal cause of an improvement of $59.8 million in the net loss before non-controlling interests for the six months ended June 30, 2012. The net losses before non-controlling interests were $52.3 million and $112.1 million for the six months ended June 30, 2012 and 2011, respectively. These variances are explained in greater detail below.

*Revenues*

Total revenues increased $3.2 million to $64.1 million for the six months ended June 30, 2012 as compared to $60.9 million for the six months ended, June 30, 2011. This increase was primarily attributed to a one-time licensing fee of $3.2 million from one customer for use of our proprietary products. Additionally, feature film revenue increased $2.0 million, commercial revenue decreased $2.6 million and grant and other revenues increased $0.6 million in these respective periods.

Feature film revenues increased to $49.1 million for the six months ended June 30, 2012, of which revenues from seven features accounted for $45.5 million of this total. Feature film revenues for the six months ended June 30, 2011 aggregated $47.1 million, of which revenues from four feature films