# Exhibit F

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT
Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **December 20, 2011**

# Digital Domain Media Group, Inc.
(Exact name of registrant as specified in its charter)

| Florida | 001-35325 | 27-0449505 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 8881 South US Highway One, Port St. Lucie, Florida | 34952 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(772) 345-8000**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2 below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

**Item 2.02  Results of Operations and Financial Condition.**

On December 20, 2011, Digital Domain Media Group, Inc. (the "Company") issued a press release announcing the Company's financial results for its fiscal quarter ended September 30, 2011. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K.

The information furnished in this Item 2.02 and in Exhibit 99.1 attached hereto shall not deemed to be "*filed*" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall such information be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 8.01  Other Events.**

On December 20, 2011, the Company issued a press release announcing that its Board of Directors has approved a share repurchase program authorizing the Company to repurchase up to an aggregate of $10 million in shares of its outstanding common stock on the open market during the six month period ending on June 22, 2012. All repurchases by the Company of its shares under this program are to be made in accordance with the provisions of Rule 10b-18 and Rule 10b5-1 promulgated under the Exchange Act. The manner, timing, price and volume of share repurchases under this program will be subject to a variety of factors, including market and business conditions and applicable Securities and Exchange Commission and New York Stock Exchange rules. The Company's Board of Directors will periodically review the share repurchase program and may limit, suspend or terminate the program at any time without notice. Additional information concerning the Company's share repurchase program is contained in the press release, the text of which is attached to this Current Report on Form 8-K as Exhibit 99.2.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits

The following Exhibits are furnished as a part of this Current Report on Form 8-K:

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release, dated December 20, 2011, issued by Digital Domain Media Group, Inc. with respect to its financial results for the fiscal quarter ended September 30, 2011. |
| 99.2 | Press Release, dated December 20, 2011, issued by Digital Domain Media Group, Inc. announcing a share repurchase program. |

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Digital Domain Media Group, Inc.

Dated: December 20, 2011                    By:  /s/ Jonathan Teaford
                                                 Jonathan Teaford
                                                 Chief Financial Officer

3

## EXHIBIT INDEX

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release, dated December 20, 2011, issued by Digital Domain Media Group, Inc. with respect to its financial results for the fiscal quarter ended September 30, 2011. |
| 99.2 | Press Release, dated December 20, 2011, issued by Digital Domain Media Group, Inc. announcing a share repurchase program. |

4

EXHIBIT 99.1

FOR IMMEDIATE RELEASE

### Digital Domain Media Group Reports Third Quarter Results

PORT ST. LUCIE, Fla., December 20, 2011 — Digital Domain Media Group (NYSE: DDMG) today reported third-quarter Revenue and Adjusted Earnings before Interest, Taxes and Depreciation ("Adjusted EBITDA") in line with previously disclosed estimates, provided in connection with the company's initial public offering.

The company's prior disclosure included a range for revenue and Adjusted EBITDA in the company's prospectus issued in connection with the company's initial public offering of common stock on November 18, 2011. The previously disclosed range for the nine months ended September 30, 2011 was $76 million to $81 million for revenue and ($8.5) million to ($11.5) million for Adjusted EBITDA.

"Our third quarter financial results are in-line with estimates, representing a confirmation of the headline numbers that were previously disclosed during our recent IPO process," said John Textor, CEO of Digital Domain Media Group. "We are also pleased to report that our revenue backlog of 2012/2013 film projects, combined with our recently announced strategic and technology-based initiatives provide the company with a positive outlook and strong visibility well into 2013."

With regard to recent announcements, the company would like to highlight the following:

- Third Quarter / Recent Financing Activity:

    - On August 8, 2011, the company completed a private offering of its common stock, raising $23.3 million at $9.63 per share, with a select few qualified institutions from China, Singapore and Europe.
    - On November 18, 2011, DDMG completed its initial public offering of common stock, which raised $37.4 million of net new equity, resulting in an immediate conversion of approximately $130 million of debt and warrant liabilities into stockholder's equity.
    - During the nine months ended September 30, 2011, the company raised a total of $61.6 million of equity and debt financing from qualified institutions in the Middle East, Europe, China, Singapore and the United States.

- Technology Licensing Program:

    - On December 14, 2011, DDMG initiated an industry wide patent licensing program designed to enable the company to monetize its pioneering patent portfolio that provides fundamental coverage of any modern process for the creation and conversion of 3D image. The announcement of this program follows the company's November 6, 2011, announcement of its first such license agreement with a leading manufacturer of 3D television equipment, Samsung Electronics.

- China Expansion Strategy

    - On December 14, 2011, the company announced the first stage of its expansion into the high growth China film market through a joint venture with Beijing Galloping Horse Film Co., who has agreed to fund and lead the construction and development of China's first visual effects production studio ever built in collaboration with a leading Hollywood visual effects Company. Digital Domain-Galloping Horse Studio is expected to be comparable in scale to the company's 115,000-square-foot, $50-million facility in Port St. Lucie, Florida.

- Education Milestone

    - During the third quarter, The Digital Domain Institute, a public-private partnership with The Florida State University College of Motion Picture Arts, received its licensing from the Florida Department of Education Commission for Independent Education. The school, which is funded in part by $35 million in grants and economic incentives, has announced that classes will begin during the second quarter of 2012.

- Grant Awards / Economic Incentives

    - During the fourth quarter, DDMG received notification that it had been awarded an additional $11 million in transferable tax credits from the State of Florida. Such credits are effectively grants to the company, as they are transferrable to third parties in exchange for cash in amounts close to the face value of the credits. On a cumulative basis since 2009, the company is the beneficiary of public partnership economic incentives totaling approximately $135 million in support of its Florida expansion initiatives.

"Our business model is not only focused on the growth and profitability of our historically core visual effects business, but also on globally relevant and lucrative new market opportunities that are inspired by the award-winning work and brand name of Digital Domain," noted Mr. Textor. "While our growth appetite is aggressive, we have mitigated the financial risk of such growth through a unique funding model that relies on public and private partnerships. We have also mitigated the risk of execution by choosing great partners such as Reliance Media in India,

Galloping Horse in China and The Florida State University."

**Third Quarter Results**

For the three months ended September 30, 2011, total revenues were $16.6 million, compared to revenues of $29.6 million for the same period of 2010. This difference is primarily the result

of the timing of revenue recognition for the company's VFX feature film projects. In the third quarter of 2010, the company recognized a significant amount of revenue as it completed work on *Tron: Legacy*. In 2011, the company completed VFX work on three major feature films in the first half and began work on a number of new replacement projects in the third quarter. However, the schedule of shot completion and related revenue recognition on those new projects did not equal the timing and completion and revenue recognized of *Tron: Legacy*.

"Our revenue results, through the first nine months and in the quarter, are consistent with what we have often described as a 'stair-stepping' pattern of growth," commented Mr. Textor. "As we have focused on increasingly large-scale visual effects projects, we often have gaps of lower studio utilization between such projects as we reserve capacity for large, scheduled future projects. The third quarter represents an anticipated gap and we are comforted by our knowledge that we have an extremely high reported backlog of future revenue projects for 2012 and 2013."

"As our gross margin analysis reveals, we have also improved the profitability of our core visual effects business materially through our new model that now includes box office participation," continued Mr. Textor. "Also reflecting our business plan, the negative impacts to profitability during the year are greatly driven by the exciting launch of our Florida animation studio, which we expect will further transform our business away from pure work-for-hire into one of content ownership. The impacts of meeting our job creation and training targets are reported as upfront expenses, while the supporting grant revenues are reported over time."

The following table presents an analysis of gross profit (loss) for the three months ended September 30, 2011 and 2010 (in thousands). Cost of revenues excluding depreciation and amortization is comprised of three components: Direct cost of revenues, Unutilized labor and Production and other costs, as described below:

|  | Three Months Ended September 30, | |
|---|---|---|
|  | 2011 | 2010 |
|  | (Unaudited) | |
| Total revenues | $ 16,636 | $ 29,594 |
| Direct costs of revenues | 8,069 | 20,366 |
| **Gross margin** | 8,567 | 9,228 |
| Gross margin % | 51% | 31% |
| Unutilized labor | 3,787 | 131 |
| Production and other costs | 6,076 | 6,278 |
| Costs of revenues, excluding depreciation and amortization | 17,932 | 26,775 |
| **Gross profit (loss)** | $ (1,296) | $ 2,819 |
| **Gross profit (loss) %** | (8)% | 10% |

The gross margin percentage of revenues increased to 51% from 31% due primarily to the company's recently expanded model of participation in the box-office performance of major feature films. Revenues declined primarily as the result of the timing of revenue recognition for the DDMG's VFX feature film projects. The increase in unutilized labor is the result of the decision to retain the company's trained and experienced labor force in anticipation of future projects and of the launch of DDMG's new studio in Florida, which was heavily funded by grants. Production and other costs were relatively constant between periods. During the third quarter of 2011, the company received a production bonus of $3.5 million related to the box-office performance of *Transformers: Dark of the Moon*. Grant revenues from governmental agencies were relatively constant between periods.

The operating loss for the third quarter of 2011 was $22.2 million as compared to $5.9 million for the same period of the prior year. This increase is primarily attributable to an $8.8 million increase in non-cash, share based compensation and share exchange expense, charges that are unrelated to our operating business. Also impacting the operating loss is the growth of the company's infrastructure to meet the requirements of the high backlog of visual effects revenue and the launch of DDMG's Florida animation studio. While the operating costs of the Florida studio are heavily funded by grant revenue and various economic incentives, the operating expenses are reported as incurred, but the grant receipts are amortized over a multi-year period. Management used Adjusted EBITDA as a proxy for operating cash flow in part to adjust grant revenue amortization to cash-based accounting as it analyzes the business.

The net loss attributable to Digital Domain Media Group is also affected by large, non-cash adjustments that are not fundamental to our operating business, do not impact the tangible value of the company's assets and, importantly, will generally not affect the reporting of the company's financial performance after certain capitalization transactions that occurred in connection with DDMG's initial public offering during the fourth quarter of 2011. Net loss for the three month period ending September 30, 2011 increased to $38.3 million, as compared to a loss of $12.5 million for the same period of 2010. This change is principally attributable to the rapidly increasing value of the company's common stock to $9.63 per share by the end of the third quarter of 2011. This caused non-cash accounting charges of $16.8 million directly attributable to share exchange expense,

the granting of new equity derivative securities and stock, as well as the required re-valuation of previously issued equity derivative securities and stock which were granted to various parties in connection with transactions that occurred during prior periods beginning in 2009. Other charges that will be substantially reduced or eliminated after the fourth quarter initial public offering are, respectively, interest expense of $5.2 million and charges related to the extinguishment of debt of $4.5 million. Additional deductions contributing to the net loss are depreciation and amortization of $4.5 million.

Adjusted EBITDA

Adjusted EBITDA, a non-GAAP financial measure, for the three months ended September 30, 2011, is reported as a loss of $9.7 million, compared to a loss of $2.8 million for the same period of the prior year. This increase is consistent with the company's efforts to expand its business beyond its work-for-hire visual effects model, including increasing the scale of the Florida animation studio, launching the education business and transitioning to content ownership in the company's live-action business. In the financial tables presented below is a reconciliation of our net loss, the most comparable GAAP financial measures, to Adjusted EBITDA.

Nine-Months Results

For the nine months ended September 30, 2011, total revenues were $77.5 million, compared to revenues of $73.5 million in the first nine months of 2010. The gain was driven by an increase in feature film revenues.

The following table presents an analysis of gross profit for the nine months ended September 30, 2011 and 2010 (in thousands). Cost of revenues excluding depreciation and amortization is comprised of three components: Direct cost of revenues, Unutilized labor and Production and other costs, as described below:

4

|  | Nine Months Ended September 30, | |
| --- | --- | --- |
|  | 2011 | 2010 |
|  | (Unaudited) | |
| Total revenues | $ 77,497 | $ 73,459 |
| Direct costs of revenues | 46,730 | 49,628 |
| **Gross margin** | 30,767 | 23,831 |
| Gross margin % | 40% | 32% |
| Unutilized labor | 6,399 | 877 |
| Production and other costs | 14,385 | 10,516 |
| Costs of revenues, excluding depreciation and amortization | 67,514 | 61,021 |
| **Gross profit** | $ 9,983 | $ 12,438 |
| Gross profit % | 13% | 17% |

The gross margin percentage of revenues increased to 40 percent from 32 percent due primarily to the company's recently expanded model of participation in the box-office performance of major feature films. Revenues increased 2%, driven by an increase in feature film revenues. The increase in unutilized labor is the result of the company's decision to retain its trained and experienced labor force in anticipation of future projects and of the launch of the company's new studio in Florida, which was heavily funded by grants. Production and other costs increased in a similar fashion. During the nine months ended September 30, 2011, DDMG received a production bonus of $3.5 million related to the box office performance of *Transformers: Dark of the Moon*. Grant revenues from governmental agencies declined due slightly between periods.

The operating loss for the nine months ended September 30, 2011 was $50.0 million as compared to $10.8 million for the same period of the prior year. This increase is primarily attributable to a $22.7 million increase in non-cash, share-based compensation and share exchange expense, charges that are unrelated to the company's operating business. Also impacting the operating loss is the growth of the company's infrastructure to meet the requirements of the high backlog of visual effects revenue and the launch of DDMG's Florida animation studio. While the operating costs of our Florida studio are heavily funded by grant revenue and various economic incentives, the operating expenses are reported as incurred, but the grant receipts are amortized over a multi-year period. Management used Adjusted EBITDA as a proxy for operating cash flow in part to adjust grant revenue amortization to cash-based accounting as it analyzes the business.

The net loss attributable to Digital Domain Media Group is also affected by large, non-cash adjustments that are not fundamental to the company's operating business, do not impact the tangible value of its assets and, importantly, will generally not affect the reporting of the company's financial performance after certain capitalization transactions that occurred in connection with its initial public offering during the fourth quarter of 2011. Net loss for the first nine months of 2011 increased to $149.2 million, as compared to a loss of $18.9 million for the first nine months of 2010. This change is principally attributable to the rapidly increasing value of the company's common stock to $9.63 per share by the end of the third quarter of 2011. This caused non-cash accounting charges of $106.7 million directly attributable to share exchange expense, the granting of new equity derivative securities and stock, as well as the required re-valuation of previously issued equity derivative securities and stock which were granted to various parties in connection with transactions that occurred during prior periods beginning in 2009. Other charges that will be substantially reduced or eliminated after the fourth quarter initial public offering are, respectively, interest expense of $13.3 million and charges related to

5

the extinguishment of debt of $6.7 million. Additional deductions contributing to the net loss are depreciation and amortization of $11.9 million.

Adjusted EBITDA

Adjusted EBITDA, a non-GAAP financial measure, for the nine months ended September 30, 2011, is reported as a loss of $10.2 million, compared to a profit of $4.5 million for the same period of the prior year. This decrease is consistent with our efforts to expand our business beyond our work-for-hire visual effects model, thereby increasing the scale of our Florida animation studio, launching our education business and transitioning to content ownership in our live-action business. In the financial tables presented below is a reconciliation of our net loss, the most comparable GAAP financial measures, to Adjusted EBITDA.

Conference Call

Management of Digital Domain Media Group will host a conference call to discuss third quarter financial results and recent developments beginning at 9:00 am EST on Tuesday, December 20, 2011. The conference call will be broadcast live over the Internet, hosted at the Investor Relations section of the Company's website at http://www.ddmg.co

The call can also be accessed via telephone by calling 800-295-3991 (U.S.) or 617-614-3924 (International) and using the conference ID 88340083.

An archived replay of the call will be available via webcast at www.ddmg.co or for seven days by dialing 888-286-8010, or 617-801-6888 for international callers. The conference ID for the telephone replay is 66121447.

About Digital Domain Media Group

Digital Domain Media Group is an award-winning digital production Company. Since its inception in 1993, it has been a leading provider of computer-generated ("CG") animation and digital visual effects ("VFX") for major motion picture studios and advertisers. The Company, its work and its employees have been recognized with numerous entertainment industry awards and nominations, including seven awards issued by the Academy of Motion Picture Arts and Sciences — three Academy Awards® for *Best Visual Effects* and four awards for *Scientific and Technical Achievement*. Our filmography of over 80 major motion pictures includes *Thor*, *TRON: Legacy*, the *Transformers* trilogy, *The Curious Case of Benjamin Button*, *Apollo 13* and *Titanic*. The Company's digital production capabilities include the creation of CG animated content, performance capture, the conversion of two-dimensional ("2D") imagery into three-dimensional ("3D") imagery and CG visual effects such as fluid simulation, terrain generation and photorealistic animation.

Safe Harbor Statement

Certain statements in this press release constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements include comments about the Company's plans, prospects, strategies and future performance. They are made on the basis of our management's current expectations and beliefs, as well as a number of assumptions regarding future events and business performance as of the time the statements are made. Such forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside the

6

Company's control. These could cause actual results to differ materially from the results expressed or implied in the forward-looking statements.

Such differences may result from actions taken by the Company, as well as from developments beyond the Company's control, including, but not limited to:

- price volatility of the Company's common stock;
- changes in domestic and global economic conditions, competitive conditions and consumer preferences;
- our dependence on a limited number of large projects each year, and the timing of revenue flows from those projects;
- developments in the status of strategic initiatives taken by the Company;
- audience acceptance of feature films we may co-produce; and
- rapid technological developments, including new forms of entertainment.

Further information on these and other factors and risks that could affect our business is included in filings we make with the Securities and Exchange Commission from time to time, including under the heading "Risk Factors" in our Registration Statement on Form S-1. These documents are available on the SEC Filings subsection of the Investors section of the Company's website at http://www.ddmg.co/. Information on our website is not part of this press release.

All information provided in this press release is as of December 20, 2011, and the Company undertakes no obligation to update publicly the information contained in this press release, or any forward-looking statements, to reflect new information, events or circumstances, or to reflect the occurrence of unanticipated events.

About the Presentation of Adjusted EBITDA

Non-GAAP Adjusted EBITDA represents net income (loss) adjusted for (1) interest expense, net of interest income, (2) income tax provision (benefit), (3) depreciation and amortization, (4) amortization of intangible assets, (5) stock-based compensation expense, (6) amortization of debt

and equity issuance costs, (7) other (income) expense and (8) our grant receipts from government agencies that were received in a given period so that these receipts are reflected on a cash basis. Items (1) through (7) are excluded from net income (loss) internally when evaluating our operating performance. Item (8) is included as we believe this adjustment for grant receipts is indicative of our core operating performance both because it reflects our ability to secure and receive grant receipts in a given period and such receipts are matched with the expenses associated with initiating the business operations that those grant receipts were designed, in part, to offset. Management believes Non-GAAP Adjusted EBITDA allows investors to make a more meaningful comparison between our operating results over different periods of time, as well as with those of other companies in our industry, because it both includes grant receipts from government agencies and excludes items such as interest expense and other adjustments related to financing activities that we believe are not representative of our operating performance.

We believe that Non-GAAP Adjusted EBITDA, which is a non-GAAP financial measure, when viewed with our results under U.S. GAAP and the accompanying reconciliations, provides useful information about our operating performance and period-over-period growth, and provides additional information that is useful for evaluating our operating performance. Additionally, we believe that Non-GAAP Adjusted EBITDA provides a more meaningful comparison of our operating results against those of other companies in our industry, as well as on a period-to-period basis, because this measure both includes grant receipts from government agencies and matches such receipts with the expenses that those grant receipts were designed, in part, to

7

offset and excludes items that are not representative of our operating performance, such as the fair value adjustments associated with our historical financings as a private Company. We believe that including these costs and excluding cash grant receipts in our results of operations results in a lack of comparability between our operating results and those of our peers in the industry, the majority of which do not have comparable start-up costs or amortization costs related to intangible assets. However, Non-GAAP Adjusted EBITDA is not a measure of financial performance under U.S. GAAP and, accordingly, should not be considered as an alternative to net income (loss) as an indicator of operating performance.

**Contacts:**

Investors: Shannon Burns, CFA
Vice President, Investor Relations
sburns@media.d2.com
712-345-8105

Media: Julie Miller
Raz PR
310 450 1482
jmiller@razPR.com

8

## DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES
## CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
### (In Thousands, except Share and Per Share Data)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| | (Unaudited) | | (Unaudited) | |
| **Revenues:** | | | | |
| Revenues | $ 15,889 | $ 29,009 | $ 75,289 | $ 70,706 |
| Grant revenues from governmental agencies | 747 | 585 | 2,208 | 2,753 |
| Total revenues | 16,636 | 29,594 | 77,497 | 73,459 |
| **Costs and expenses:** | | | | |
| Cost of revenues, excluding depreciation and amortization | 17,932 | 26,775 | 67,514 | 61,021 |
| Depreciation expense | 3,607 | 1,836 | 9,283 | 5,237 |
| Selling, general and administrative expenses | 16,475 | 6,154 | 48,092 | 15,772 |
| Amortization of intangible assets | 863 | 733 | 2,588 | 2,201 |
| Total costs and expenses | 38,877 | 35,498 | 127,477 | 84,231 |
| Operating loss | (22,241) | (5,904) | (49,980) | (10,772) |
| Other income (expenses): | — | — | — | — |
| Interest and finance expense: | | | | |
| Issuance of and changes in fair value of warrant and other debt-related liabilities | (7,520) | (6,115) | (82,780) | (8,193) |
| Amortization of discount and issuance costs on notes payable | (4,098) | (687) | (10,656) | (1,672) |
| Losses on debt extinguishments | (4,477) | — | (6,703) | — |
| Interest expense on notes payable | (1,067) | (604) | (2,420) | (2,066) |
| Interest expense on capital lease obligations | (76) | (88) | (245) | (190) |
| Other income (expense), net | 152 | 228 | 1,656 | 321 |

| | | | | |
|---|---:|---:|---:|---:|
| Loss before income taxes | (39,327) | (13,170) | (151,128) | (22,572) |
| Income tax expense (benefit) | (161) | — | 89 | 7 |
| Net loss before non-controlling interests | (39,166) | (13,170) | (151,217) | (22,579) |
| Net loss attributable to non-controlling interests | 916 | 677 | 1,983 | 3,714 |
| Net (loss) income attributable to Digital Domain Media Group, Inc. | $ (38,250) | $ (12,493) | $ (149,234) | $ (18,865) |
| | | | | |
| **Statements of Comprehensive Loss:** | | | | |
| Net loss before controlling interests | $ (39,166) | $ (13,170) | $ (151,217) | $ (22,579) |
| Unrealized gain (loss) from foreign currency translation | (8) | (3) | 62 | 4 |
| Comprehensive loss | $ (39,174) | $ (13,173) | $ (151,155) | $ (22,575) |
| | | | | |
| **Weighted average number of common shares outstanding:** | | | | |
| Basic | 18,548,358 | 12,365,368 | 16,242,589 | 12,273,210 |
| Diluted | 18,548,358 | 12,365,368 | 16,242,589 | 12,273,210 |
| | | | | |
| **Basic and dilted loss per share:** | | | | |
| Loss before non-controlling interests | $ (2.11) | $ (1.07) | $ (9.31) | $ (1.84) |
| Net loss attributable to non-controlling interests | 0.05 | 0.06 | 0.12 | 0.30 |
| Basic and diluted loss per share attributable to Common Stockholders | $ (2.06) | $ (1.01) | $ (9.19) | $ (1.54) |

9

---

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(In Thousands)

| | September 30, 2011 | December 31, 2010 |
|---|---:|---:|
| | (Unaudited) | |
| **Assets:** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 9,978 | $ 11,986 |
| Other current assets | 7,225 | 4,741 |
| Total current assets | 17,203 | 16,727 |
| Property and equipment, net | 78,869 | 47,895 |
| Goodwill and intangible assets, net | 61,564 | 64,152 |
| Other assets | 21,247 | 37,946 |
| **Total assets** | $ 178,883 | $ 166,720 |
| | | |
| **Liabilities, Preferred Stock and Stockholders' Deficit:** | | |
| Current liabilities: | | |
| Short-term debt, net | $ 25,301 | $ 1,054 |
| Accounts payable and accrued liabilities | 13,390 | 13,243 |
| Other current liabilities | 16,772 | 29,053 |
| Total current liabilities | 55,463 | 43,350 |
| Warrant and other debt-related liabilities | 133,592 | 40,493 |
| Long-term debt, net | 222 | 8,304 |
| Deferred revenue land grant | 20,300 | 20,300 |
| Government bond obligaiton, net | 34,850 | 38,301 |
| Other long-term liabilities | 20,176 | 19,718 |
| Total liabilities | 264,603 | 170,466 |
| Convertible preferred stock | — | — |
| Stockholders' deficit: | | |
| Total stockholders' deficit before non-controlling interests | (93,684) | (15,520) |
| Non-controlling interests | 7,964 | 11,774 |
| Total stockholders' deficit | (85,720) | (3,746) |
| **Total liabilities, preferred stock and stockholders' deficit** | $ 178,883 | $ 166,720 |

10

---

**DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF ADJUSTED EBITDA**
(In Thousands, except Share and Per Share Data)

| | Three Months Ended | Nine Months Ended |
|---|---|---|

|  | September 30, | | September 30, | |
|---|---|---|---|---|
|  | 2011 | 2010 | 2011 | 2010 |
|  | (Unaudited) | | (Unaudited) | |
| Net loss before non-controlling interests | $ (39,166) | $ (13,170) | $ (151,217) | $ (22,579) |
| Add back (reverse) charges (income) pertaining to: | | | | |
|   Losses on debt extinguishments | 4,477 | — | 6,703 | — |
|   Share-based compensation and share exchange expense | 9,293 | 511 | 23,897 | 1,194 |
|   Income tax expense (credit) | (161) | — | 89 | 7 |
|   Interest expense, net | 5,241 | 1,379 | 13,321 | 3,928 |
|   Depreciation expense | 3,607 | 1,836 | 9,283 | 5,237 |
|   Amortization of intangible assets | 863 | 733 | 2,588 | 2,201 |
|   Changes related to fair value of warrant and other debt-related liabilities | 7,520 | 6,115 | 82,780 | 8,193 |
|   Acquisition-related non-cash adjustments | — | 359 | — | 2,393 |
| Other EBITDA addbacks: | | | | |
|   Grant cash receipts in excess of grant revenue recognized | (1,367) | (585) | 1,922 | 2,247 |
|   Write-off of deferred offering costs | — | — | 434 | — |
|   Other expenses | — | — | — | 1,700 |
| Adjusted EBITDA | $ (9,693) | $ (2,822) | $ (10,200) | $ 4,521 |

11

## DIGITAL DOMAIN MEDIA GROUP, INC. AND SUBSIDIARIES
## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(In Thousands)

|  | Nine Months Ended September 30, | |
|---|---|---|
|  | 2011 | 2010 |
|  | (Unaudited) | |
| Net cash provided by (used in) operating activities | $ (30,322) | $ 10,314 |
| Net cash used in operating activities | (14,691) | (8,689) |
| Net cash provided by financing activities | 43,072 | 468 |
| Effect of exchange rates on cash and cash equivalents | (67) | 22 |
| Net increase (decrease) in cash and cash equivalents | (2,008) | 2,115 |
| Cash and cash equivalents at beginning of period | 11,986 | 5,058 |
| **Cash and cash equivalents at end of period** | $ 9,978 | $ 7,173 |

12

**EXHIBIT 99.2**

For Immediate Release

### Digital Domain Media Group Announces Share Repurchase Program

PORT ST. LUCIE, Fla., December 20, 2011 — Digital Domain Media Group (NYSE: DDMG), today announced that its Board of Directors has authorized the company to repurchase up to $10 million of its outstanding common stock. Shares are expected to be repurchased from time to time through open market transactions, pursuant to a trading plan in accordance with Rules 10b5-1 and 10b-18 under the Securities Exchange Act of 1934, as amended. The manner, price, number and timing of share repurchases will be subject to a variety of factors, including market conditions and applicable U.S. Securities and Exchange Commission rules. The share repurchase program has an expiration date of June 22, 2012, and may be limited or terminated at any time without notice.

It is the intent of the company to focus on business fundamentals as its primary strategy to enhance shareholder value. The company also believes that its publicly traded common stock represents a currency that contributes to its fundamental strategy in a variety of ways, particularly in the area of human resource recruitment. The company intends to pursue a share repurchase program that it believes represents a sound investment of its available cash, is supportive of its fundamental business strategy and also has the potential to address what the company believes are certain market and valuation inefficiencies that resulted from our recent initial public offering process.

This press release is neither an offer to purchase nor a solicitation of an offer to sell any securities.

### About Digital Domain Media Group

Digital Domain Media Group is an award-winning digital production company. Since its inception in 1993, it has been a leading provider of computer-generated ("CG") animation and digital visual effects ("VFX") for major motion picture studios and advertisers. The company, its work and its employees have been recognized with numerous entertainment industry awards and nominations, including seven awards issued by the Academy of Motion Picture Arts and Sciences — three Academy Awards® for *Best Visual Effects* and four awards for *Scientific and Technical Achievement*. Our filmography of over 80 major motion pictures includes *Thor*, *TRON: Legacy*, the *Transformers* trilogy, *The Curious Case of Benjamin Button*, *Apollo 13* and *Titanic*. The company's digital production capabilities include the creation of CG animated content, performance capture, the conversion of two-dimensional ("2D") imagery into three-dimensional ("3D") imagery and CG visual effects such as fluid simulation, terrain generation and photorealistic animation.

### Safe Harbor Statement

Certain statements in this press release constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements include comments about the Company's plans, prospects, strategies and future performance. They are made on the basis of our management's current expectations

---

and beliefs, as well as a number of assumptions regarding future events and business performance as of the time the statements are made. Such forward-looking statements are subject to known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside the Company's control. These could cause actual results to differ materially from the results expressed or implied in the forward-looking statements.

Such differences may result from actions taken by the Company, as well as from developments beyond the Company's control, including, but not limited to:

- price volatility of the Company's common stock;
- changes in domestic and global economic conditions, competitive conditions and consumer preferences;
- our dependence on a limited number of large projects each year, and the timing of revenue flows from those projects;
- developments in the status of strategic initiatives taken by the Company;
- audience acceptance of feature films we may co-produce; and
- rapid technological developments, including new forms of entertainment.

Further information on these and other factors and risks that could affect our business is included in filings we make with the Securities and Exchange Commission from time to time, including under the heading "Risk Factors" in our Registration Statement on Form S-1. These documents are available on the SEC Filings subsection of the Investors section of the Company's website at http://www.ddmg.co/. Information on our website is not part of this press release.

All information provided in this press release is as of December 20, 2011, and the Company undertakes no obligation to update publicly the information contained in this press release, or any forward-looking statements, to reflect new information, events or circumstances, or to reflect the occurrence of unanticipated events.

**Contacts:**
Investors: Shannon Burns, CFA
Title
sburns@media.d2.com

772-345-8105

| | |
|---|---|
| Media: | Julie Miller<br>Raz PR<br>310 450 1482<br>jmiller@razPR.com |