# EXHIBIT J

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

FOR THE QUARTERLY PERIOD ENDED JUNE 30, 2012

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from         to

Commission file number: 001-35325

# Digital Domain Media Group, Inc.
(Exact name of registrant as specified in its charter)

| Florida | 27-0449505 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

10250 SW Village Parkway
Port St. Lucie, FL 34987
(Address of principal executive offices)
(Zip Code)

(772) 345-8000
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (. § 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐                                              Accelerated filer ☐

Non-accelerated filer ☒                                                Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

At August 14, 2012, there were 43,563,481 shares of Digital Domain Media Group, Inc.'s common stock outstanding.

On July 13, 2012, the Company reached agreement with Workday Solutions to deploy and maintain Workday Financials and Workday Human Capital Management data services for a five-year contractual period.

On July 18, 2012, the Company and Prime Focus World NV announced a settlement agreement whereby the Company is to license its 3D conversion technology to Prime Focus World. The agreement settles and terminates the patent infringement litigation filed by the Company against Prime Focus World in 2011. Under the terms of the agreement, the Company and Prime Focus World willare to collaborate on visual effects and 2D-to-3D conversion services work for feature films.

On July 18, 2012, Legendary Pictures extended the maturity due date of the $3.0 million convertible note issued to it by the Company on March 19, 2012 (the "Legendary Note") from July 18, 2012 to July 23, 2012. The Company has received an extension and an agreement with Warner Brothers, a related party of Legendary Pictures and is a customer of the Company. This agreements states that the loan with Legendary Pictures will be repaid once the Company collects on its accounts receivable with Warner Brothers. On August 13, 2012, Legendary Pictures agreed to terminate the note and guarantee from John Textor in exchange for $3.2 million receivable assignment and extension of Maturity Date until September 30, 2013.

In July, 2012, a jury trial began in the matter of *Wyndcrest DD Florida, Inc., et al. adv. Carl Stork*. Settlement was reached between the parties following trial before verdict was rendered by the jury. See Note 17 for further description of this settlement.

On August 2, 2012, the Company was advised by the Staff of the SEC that due to the large number of shares covered thereby compared to the number of outstanding shares held by non-affiliates of the Company, and the nature of the offering and the selling security holders, the offering described in the resale Registration Statement on Form S-1 filed by the Company on June 11, 2012 appears to the Staff to be a primary offering and is accordingly not eligible to be conducted on a continuous or delayed basis pursuant to Rule 415(a)(1)(i) of the Securities Act of 1933 on Form S-1. Pursuant to the terms of the registration rights agreements entered into between the Company and each of the holders of the Senior Notes and the Subordinated Note, in the event that all of the shares of the Company's common stock underlying the Senior Notes, the Subordinated Note and certain other securities held by such holders are not covered by an effective Registration Statement, the Company may be liable for certain registration delay penalties under the terms of such registration rights agreements.

On August 14, 2012, the Company and RMW finalized a new agreement to replace the earlier July 8, 2011 Joint Marketing and Production VFX Services Agreement. See Notes 2 and 17 for further disclosure.

On August 13, 2012, DDMG announced that it was retained Wells Fargo Securities, LLC as its Exclusive Financial Advisor to assist the Company with its evaluation of strategic alternatives in order to maximize shareholder value.

Table of Contents

### Part I. Financial Information

### Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations

*Management's discussion and analysis is intended to help the reader understand the results of operations and financial condition of Digital Domain Media Group, Inc. The following discussion should be read in conjunction with our Form S-1/A and the unaudited Condensed Consolidated Financial Statements and the notes thereto included in this Quarterly Report on Form 10-Q. This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), which are subject to the "safe harbor" created by those sections. Forward-looking statements are based on our management's beliefs and assumptions and on information currently available to our management. All statements other than statements of historical fact are "forward-looking statements" for purposes of these provisions. In some cases you can identify forward-looking statements by terms such as "may," "will," "should," "could," "would," "expect," "plan," "anticipate," "believe," "estimate," "project," "predict," and "potential," and similar expressions intended to identify forward-looking statements. Such forward-looking statements are subject to risks, uncertainties and other important factors that could cause actual results and the timing of certain events to differ materially from future results expressed or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, those identified below, and those discussed in the section titled "Risk Factors" in this Quarterly Report. Furthermore, such forward-looking statements speak only as of the date of this report. Except as required by law, we undertake no obligation to update any forward-looking statements to reflect events or circumstances after the date of such statements.*

**Overview**

We are an award-winning digital production company. Since our inception in 1993, we have been a leading provider of computer-generated imagery animation and VFX for major motion picture studios and advertisers. Our company, work and employees have been recognized with numerous entertainment industry awards and nominations, including seven awards issued by the Academy of Motion Picture Arts and Sciences (the "Academy") — three Academy Awards for *Best Visual Effects* and four awards for *Scientific and Technical Achievement*.

**Our Business**

*Digital Production*

We are one of the leading digital production companies. We offer our clients innovative, end-to-end solutions across multiple media platforms spanning the entire content production process from idea generation and pre-production to design, directing, live-action production and post-