# EXHIBIT M

|  |  |  |
|---|---|---|
| Document processing fee |  | Colorado Secretary of State |
| If document is filed on paper | $125.00 | Date and Time: 12/31/2007 11:27 AM |
| If document is filed electronically | **$ 25.00** | Id Number: 20071481744 |

E-Filed

Document number: 20071601674

Fees & forms/cover sheets are subject to change.
To file electronically, access instructions for this form/cover sheet and other information or print copies of filed documents, visit www.sos.state.co.us and select Business Center.
Paper documents must be typewritten or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Incorporation
filed pursuant to §7-90-301, et seq. and §7-102-102 of the Colorado Revised Statutes (C.R.S)

1. Entity name: **BabyUniverse, Inc.**

   *(The name of a corporation must contain the term or abbreviation "corporation", "incorporated", "company", "limited", "corp.", "inc.", "co." or "ltd"; If the corporation is a professional corporation, it must contain the term or abbreviation "professional corporation", "p.c.", or "pc" §7- 90-601, C.R.S.)*

2. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:

   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"     ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

3. Principal office street address:

   **1099 18th Street** *(Street name and number)*
   **Suite 1800**
   **Denver** *(City)*     **CO** *(State)*     **80202** *(Postal/Zip Code)*
   _____ *(Province – if applicable)*     **United States** *(Country – if not US)*

4. Principal office mailing address: (if different from above):

   _____ *(Street name and number or Post Office Box information)*
   _____ *(City)*     _____ *(State)*     _____ *(Postal/Zip Code)*
   _____ *(Province – if applicable)*     _____ *(Country – if not US)*

5. Registered agent:     (if an individual):     _____ _____ _____ _____
                                                 *(Last)   (First)   (Middle)   (Suffix)*

   **OR** (if a business organization):

   **The Corporation Company**

6. The person appointed as registered agent in the document has consented to being so appointed.

7. Registered agent street address:

   **1675 Broadway** *(Street name and number)*
   **Suite 1200**
   **Denver** *(City)*     **CO** *(State)*     **80202** *(Postal/Zip Code)*

8. Registered agent mailing address:  _____
   (LEAVE BLANK if same as above)      *(Street name and number or Post Office Box information)*
                                       _____

   _____  _____  _____
   *(City)*                         *(State)*   *(Postal/Zip Code)*
   _____  _____
   *(Province – if applicable)*      *(Country – if not US)*

9. If the corporation's period of duration is less than perpetual, state the date on which the period of duration expires: _____
   *(mm/dd/yyyy)*

10. *(OPTIONAL)* Delayed effective date: _____
    *(mm/dd/yyyy)*

11. Name(s) and address(es) of
    incorporator(s):  (if an individual)  Stephens_____  Thomas_____  R._____  ____
                                          *(Last)*             *(First)*          *(Middle)*    *(Suffix)*

    **OR** (if a business organization)  _____

    1899 Wynkoop Street_____
    *(Street name and number or Post Office Box information)*
    8th Floor_____

    Denver_____  CO_____  80202_____
    *(City)*                 *(State)*   *(Postal/Zip Code)*
    _____  United States
    *(Province – if applicable)*  *(Country – if not US)*

    (if an individual)  _____  _____  _____  ____
                        *(Last)*         *(First)*     *(Middle)*    *(Suffix)*

    **OR** (if a business organization)  _____

    _____
    *(Street name and number or Post Office Box information)*
    _____

    _____  _____  _____
    *(City)*                         *(State)*   *(Postal/Zip Code)*
    _____  United States
    *(Province – if applicable)*      *(Country – if not US)*

    (if an individual)  _____  _____  _____  ____
                        *(Last)*         *(First)*     *(Middle)*    *(Suffix)*

    **OR** (if a business organization)  _____

    _____
    *(Street name and number or Post Office Box information)*
    _____

    _____  _____  _____
    *(City)*                         *(State)*   *(Postal/Zip Code)*
    _____  United States
    *(Province – if applicable)*      *(Country – if not US)*

*(If there are more than three incorporators, mark this box ☐ and include an attachment stating the true names and mailing addresses of all additional incorporators.)*

12. The corporation is authorized to issue __1,000__ shares of common stock.
    *(number)*

    *(Additional classes of capital stock may be authorized and additional information regarding the corporation's stock may be stated, mark this box ☑ and include an attachment stating pertinent information.)*

13. Additional information may be included pursuant to §7-102-102, C.R.S. and other organic statutes such as title 12, C.R.S. If applicable, mark this box ☑ and include an attachment stating the additional information.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

14. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

    Stephens (Last)   Thomas (First)   R. (Middle)   ____ (Suffix)

    c/o K. Duplay, Bartlit Beck et al.
    *(Street name and number or Post Office Box information)*
    1899 Wynkoop St., 8th Fl.

    Denver (City)   CO (State)   80202 (Postal/Zip Code)

    ____ (Province – if applicable)   United States (Country – if not US)

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

# ARTICLES OF INCORPORATION

## OF

## BABYUNIVERSE, INC.

### ARTICLE I
### NAME

The name of the corporation is BabyUniverse, Inc. (the "Corporation").

### ARTICLE II
### REGISTERED AGENT

The name and address of the initial registered agent of the Corporation in the State of Colorado are The Corporation Company, 1675 Broadway, Suite 1200, Denver, CO 80202.

### ARTICLE III
### PRINCIPAL OFFICE

The address of the initial principal office of the Corporation is 1099 18th Street, Suite 1800, Denver, Colorado 80202.

### ARTICLE IV
### CAPITAL STOCK

A.  <u>Authorized Capital Stock</u>.  The aggregate number of shares which the Corporation is authorized to issue is one thousand (1,000) shares of Common Stock, par value $0.001 per share.

B.  <u>Cumulative Voting</u>.  Cumulative voting shall not be permitted in the election of directors.

C.  <u>Action by Shareholders Without a Meeting</u>.  Any action required or permitted by the Colorado Business Corporation Act (as amended from time to time, the "CBCA") to be taken at a shareholders' meeting may be taken without a meeting if shareholders holding shares having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all of the shares entitled to vote thereon were present and voted consent to such action in writing.

### ARTICLE V
### INDEMNIFICATION

The Corporation shall indemnify its directors and officers to the fullest extent authorized or permitted by law, as now or hereafter in effect, and such right to indemnification shall continue as to a person who has ceased to be a director or officer of the Corporation and shall inure to the benefit of his or her heirs, executors and personal and legal representatives; provided, however, that except for proceedings to enforce rights to indemnification, the Corporation shall not be obligated to indemnify any director or officer (or his or her heirs, executors or personal or legal representatives ) in connection with a

proceeding (or part thereof) initiated by such person unless such proceeding (or part thereof) was authorized or consented to by the Board of Directors or the shareholders of the Corporation. The right to indemnification conferred by this Article shall include the right to be paid by the Corporation the expenses incurred in defending or otherwise participating in any proceeding in advance of its final disposition.

The Corporation may, to the extent authorized from time to time by the Board of Directors, provide rights to indemnification and to the advancement of expenses to employees and agents of the Corporation similar to those conferred in this Article to the directors and officers of the Corporation. The rights to indemnification and to the advancement of expenses conferred in this Article shall not be exclusive of any other right which any person may have or hereafter acquire under these Articles of Incorporation, the Bylaws of the Corporation, any statute, agreement, vote of shareholders or disinterested directors or otherwise. Any repeal or modification of this Article by the shareholders of the Corporation shall not adversely affect any rights to indemnification and to the advancement of expenses of a director or officer of the Corporation existing at the time of such repeal or modification with respect to any acts or omissions occurring prior to such repeal or modification.

## ARTICLE VI
## LIMITATION OF DIRECTOR LIABILITY

A director's personal liability to the Corporation and its shareholders shall be limited to the fullest extent permitted by the CBCA. Any repeal or modification of this Article shall not adversely affect any right or protection of a director hereunder existing at the time of such repeal or modification.

## ARTICLE VII
## CORPORATE POWER

The Corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred on shareholders herein are granted subject to this reservation.

## ARTICLE VIII
## INCORPORATOR

The name and mailing address of the incorporator of the Corporation are Thomas R. Stephens, 1899 Wynkoop Street, 8th Floor, Denver, Colorado 80202.