UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number: 12-14333-CIV-MARTINEZ-LYNCH**

In re Digital Domain Media Group, Inc.
Securities Litigation
_____/

**ORDER STAYING CASE**

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

This case is STAYED pending the Court's resolution of the motions to dismiss filed by the Defendants (D.E. Nos. 70, 71 & 72).

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of September, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record