UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No: 12-Civ-14333-MARTINEZ-LYNCH

In re Digital Domain Media Group, Inc.
Securities Litigation
_____/

## JOINT NOTICE OF SETTLEMENT

Court-Appointed Lead Plaintiffs Patricof Family Limited Partnership, Edward Nussblat, and Robert Dziedzic, and Defendants John C. Textor, Jonathan F. Teaford, John M. Nichols (together, the "Former Directors and Officers"), Roth Capital Partners, LLC, Morgan Joseph TriArtisan, LLC, SingerLewak LLP, submit this Joint Notice of Settlement to advise the Court that the parties have reached an agreement in principle to settle this action in its entirety.

This settlement is part of a global insurance settlement of all actions involving Digital Domain Media Group, Inc. ("DDMG"), and is therefore subject to approval by this Court and by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), in which DDMG's Chapter 11 bankruptcy case is presently pending (Case No. 12-12568). The Former Directors and Officers are currently preparing a motion to be filed in the Bankruptcy Court seeking an order authorizing DDMG's insurers to disburse insurance proceeds to fund the global settlement (the "Bankruptcy Order").

The parties are also preparing a formal stipulation of settlement and will be submitting a joint motion for preliminary approval of settlement to this Court along with a motion to lift the pending stay for settlement approval proceedings. These papers will be filed after the Bankruptcy Order is entered.

{36238989;2}

| | |
|---|---|
| Dated: September 28, 2015 | Respectfully submitted,<br><br>**BERMAN DEVALERIO**<br><br>/s/ Jay W. Eng_____<br>Jay W. Eng, Esq.<br>Fla. Bar No. 146676<br>Email:  jeng@bermandevalerio.com<br>3507 Kyoto Gardens Drive, Suite 200<br>Palm Beach Gardens, FL 33410<br>Telephone:  (561) 835-9400<br>Facsimile:  (561) 835-0322<br><br><br>Patrick A. Egan, Esq.<br>*Admitted Pro Hac Vice*<br>Email:  pegan@bermandevalerio.com<br>Berman DeValerio<br>One Liberty Square<br>Boston, MA 02109<br>Telephone:  (617) 542-8300<br>Facsimile:  (617) 542-1194<br><br>**WOLF POPPER LLP**<br>Patricia I. Avery, Esq.<br>Email:  pavery@wolfpopper.com<br>*Admitted Pro Hac Vice*<br>Joshua W. Ruthizer, Esq.<br>Fla. Bar No. 92528<br>Email:  jruthizer@wolfpopper.com<br>845 Third Avenue<br>New York, NY 10022<br>Telephone:  (212) 759-4600<br>Facsimile:  (212) 486-2093<br><br>**LEVI & KORSINSKY LLP**<br>Nicholas I. Porritt, Esq.<br>*Admitted Pro Hac Vice*<br>Email: nporritt@zlk.com<br>1101 30th Street, NW, Suite 115<br>Washington, DC 20007<br>Telephone: (202) 524-4290<br>Facsimile: (202) 333-2121 |

**OF COUNSEL**
Marian P. Rosner, Esq.
Email:  mrosner@wolfpopper.com
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

*Lead Counsel for Court-Appointed Lead Plaintiffs*

Dated:  September 28, 2015

**AKERMAN LLP**

 /s/ Brian P. Miller
Brian P. Miller, Esq.
Email:  brian.miller@akerman.com
One Southeast Third Avenue, Suite 2500
Miami, FL 33131-1714
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095

*Counsel for Defendant John M. Nichols*

Dated:  September 28, 2015

**HOLLAND & KNIGHT**

 /s/Tracy A. Nichols
Tracy A. Nichols, Esq.
Email:  tracy.nichols@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone:  (305) 374-8500
Facsimile:  (305) 789-7799

*Counsel for Defendant John Textor*

Dated:  September 28, 2015

**CARLTON FIELDS**

 /s/Steven J. Brodie
Steven J. Brodie, Esq.
Email:  sbrodie@carltonfields.com
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

*Counsel for Defendant Jonathan Teaford*

Dated:  September 28, 2015 **STROOCK & STROOCK & LAVAN LLP**

 /s/ John R. Loftus
John R. Loftus, Esq.
*Admitted Pro Hac Vice*
Email:  jloftus@stroock.com
Julia B. Strickland, Esq.
Email: jstrickland@stroock.com
*Admitted Pro Hac Vice*
2029 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 556-5954
Facsimile:  (310) 407-6454

Brian C. Frontino, Esq.
Email: bfrontino@stroock.com
Brendan S. Everman, Esq.
Email: beverman@stroock.com
Stroock & Stroock & Lavan LLP
200 South Biscayne Blvd. Suite 3100
Miami, FL 33131-5323
Tel: (305) 358-9900
Fax: (305) 789-9302

*Counsel for Defendants Roth Capital Partners, LLC and Morgan Joseph TriArtisan, LLC*

Dated:  September 28, 2015 **COLE, SCOTT & KISSANE, P.A.**

 /s/ Jonathan Vine
Richard P. Cole, Esq.
Email: Richard.Cole@csklegal.com
Jonathan Vine, Esq.
Email: Jonathan.Vine@csklegal.com
Cody German, Esq.
Email: Cody.German@csklegal.com
Cole, Scott & Kissane, P.A.
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156
Telephone:  (305) 350-5300
Facsimile:  (305) 373-2294

*Counsel for Defendant SingerLewak LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the following methods on the following dates on all counsel or parties of record on the Service List below.

By: /s/Jay W. Eng
Jay W. Eng, Esq.

## SERVICE LIST

By and through the Southern District of Florida's CM/ECF system on September 28, 2015 upon:

| | |
|---|---|
| Tracy Nichols, Esq.<br>Email: tracy.nichols@hklaw.com<br>Stephen Patrick Warren, Esq.<br>Email: Stephen.warren@hklaw.com<br>Holland & Knight<br>701 Brickell Ave., Suite 3000<br>Miami, FL 33131<br>Tel: 305-374-8500<br>Fax: 305-789-7799<br>*Counsel for Defendant John C. Textor* | Brian Paul Miller, Esq.<br>Email: brian.miller@akerman.com<br>Samantha J. Kavanaugh, Esq.<br>Email: Samantha.kavanaugh@akerman.com<br>Akerman LLP<br>SunTrust International Center<br>1 S.E. 3rd Ave., 25th Floor<br>Miami, FL 33131<br>Tel: 305-374-5600<br>Fax: 305-374-5095<br>*Counsel for Defendant John M. Nichols* |
| Brian C. Frontino, Esq.<br>Email: bfrontino@stroock.com<br>Brendan S. Everman, Esq.<br>Email: beverman@stroock.com<br>Stroock & Stroock & Lavan LLP<br>200 South Biscayne Blvd. Suite 3100<br>Miami, FL 33131-5323<br>Tel: (305) 358-9900<br>Fax: (305) 789-9302<br><br>John R. Loftus, Esq.<br>Email: jloftus@stroock.com<br>Julia B. Strickland, Esq.<br>Email: jstrickland@stroock.com<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067-3086<br>Tel: (310) 556-5800<br>Fax: (310) 556-5959<br>*Counsel for Roth Capital Partners, LLC and Morgan Joseph TriArtisan, LLC* | Steven Jeffrey Brodie, Esq.<br>Email: sbrodie@carltonfields.com<br>Avi R. Kaufman, Esq.<br>Email: akaufman@carltonfields.com<br>Carlton Fields, P.A.<br>100 Southeast Second Street, Suite 4200<br>Miami, Florida 33131<br>Tel: (305) 530-0050<br>Fax: (305) 530-0055<br>*Counsel for Defendant Jonathan Teaford* |

| | |
|---|---|
| Richard P. Cole<br>Email: Richard.Cole@csklegal.com<br>Jonathan Vine<br>Email: Jonathan.Vine@csklegal.com<br>Cody German<br>Email: Cody.German@csklegal.com<br>Cole, Scott & Kissane, P.A.<br>9150 South Dadeland Blvd., Suite 1400<br>Miami, FL 33156<br>Telephone:  (305) 350-5300<br>Fascimile:  (305) 373-2294<br>*Counsel for Defendant SingerLewak LLP* | Kenneth G. Gilman<br>Email:  kgilman@gilmanpastor.com<br>Gilman Law LLP<br>3301 Bonita Beach Road, Suite 307<br>Bonita Springs, FL 34134<br>Telephone: (239) 221-8301<br>Facsimile: (239) 676-8224<br>*Counsel for Movants The Jacobson/Kraft Group (Robert Jacobson and Bernard Kraft)* |
| Brandon Thomas Grzandziel<br>Email: bgrzandziel@saxenawhite.com<br>Lester Rene Hooker<br>Email: lhooker@saxenawhite.com<br>Joseph E. White, III<br>Email: jwhite@saxenawhite.com<br>Saxena White PA<br>2424 N Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Telephone:  561-394-3399<br>Facsimile:  561-394-3082<br>*Counsel for Plaintiff Nathan Wilson* | Laurence Matthew Rosen<br>Email: lrosen@rosenlegal.com<br>The Rosen Law Firm<br>275 Madison Avenue, 34th Floor<br>New York, NY 10016<br>Telephone:  212-686-1060<br>Facsimile: 212-202-3827<br>*Counsel for Plaintiff Frank Cacella and Movants the Digital Domain Investor Group (James and Suzanne Mason, Eric Michael Harkins and Arthur M. Packard)* |
| Julie Prag Vianale<br>Email: jvianale@vianalelaw.com<br>Vianale & Vianale<br>2499 Glades Road, Suite 112<br>Boca Raton, FL 33431<br>Telephone:  (561) 392-4750<br>Facsimile:  (561) 392-4775<br>*Counsel for Movants Marilyn Larsen and Frank LoVerso* | |

{36238989;2}　　　　　　　　　　　　　　　2