UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  12-14333-CIV-MARTINEZ-LYNCH**

In re Digital Domain Media Group, Inc.
Securities Litigation

_____/

## ORDER MODIFYING STAY AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the parties' Joint Notice of Settlement [ECF

No. 104].  In their notice, the parties indicated to the Court that they will submit a joint motion

for preliminary approval of settlement after a certain order is entered by the United States

Bankruptcy Court for the District of Delaware.  Accordingly, after careful consideration, it is

hereby:

**ORDERED AND ADJUDGED** that

1.      The Court's Order Staying Case [ECF No. 99] is modified as follows: this case is

**ADMINISTRATIVELY STAYED** pending the parties submitting a joint motion for

preliminary approval of settlement and settlement approval proceedings.

2.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical

purposes.  This shall not affect the substantive rights of the parties.

3.      All pending motions are **DENIED AS MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this __2_day of October, 2015.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record